# EXHIBIT 3

Case 1:06-cv-01303-RCL    Document 1-4    Filed 07/24/2006    Page 1 of 5

Case 1:06-cv-01303-RCL    Document 1-4    Filed 07/24/2006    Page 2 of 5

**QUALITY IS OUR # 1 GOAL  BOX # 952423**
**SEQ# 016 $ 0001000000 BA# 2 01-16-05 20 2**



SENECA NATION OF INDIANS
GENERAL FUND #1
3532 CENTER RD — MI. 716-945-1790
P.O. BOX 231
SALAMANCA, NY 14779-0231

1899

DATE 12-20-04

PAY TO THE ORDER OF  LECG                    $ 10,000.00

Ten Thousand & 00/100 —————————— DOLLARS

KeyBank National Association
Jamestown, New York 14701
1-800 KEY2YOU® Key.com

FOR  Retainer

```
                                                              5/50-5D/011-178

                      THE SENECA NATION OF INDIANS
                      P.O. BOX 231
          Obligat'n   SALAMANCA, NY 14779
          Description            Invoice #   PO #/V Vendor num   Amount

556337 NOVEMBER 04                 40915     CR    6422          7,907.90
*** Total ***                                                    7,907.90

Senec-13787 JS
```



QUALITY IS OUR #1 GOAL BOX # 952423
SEQ# 004  $ 0000790790 BA# 2 03-06-05 20 2




QUALITY IS OUR #1 GOAL BOX # 902423
SEQ# 009 $ 0002279654 BA# 5 03-15-05 20 1

THE SENECA NATION OF INDIANS
PO BOX 231
SALAMANCA, NY 14779

Obligat'n Description          5779-358196-149
558818 DECEMBER                Invoice #   PO #/V Vendor num    Amount
*** Total ***                  41540       CR      6422         22,796.54
                                                                22,796.54

