IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LECG, LLC </br></br>        Plaintiff, </br></br> v. </br></br> THE SENECA NATION OF INDIANS </br></br>        Defendant. | Civil Action No. 1:06cv01303 |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff, LECG, LLC, certifies that LECG, LLC is a wholly owned subsidiary of LECG Corporation and that there is no publicly held corporation owning 10% or more of its stock.

Dated: Washington, D.C.
       July 24, 2006

                                        ALSTON & BIRD LLP

                                        By: ____/s/_____
                                        Timothy A. Ngau, Esq.
                                        (D.C. Bar no. 339333)
                                        The Atlantic Building
                                        950 F Street, N.W.
                                        Washington, D.C. 20004
                                        Tel.: (202) 756-3300

                                          John F. Cambria, Esq.
                                          Kimya S.P. Johnson, Esq.
                                          90 Park Avenue
                                          New York, NY 10016
                                          Tel.: (212) 210-9400