IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LECG, LLC </br></br>  Plaintiff, </br></br> v. </br></br> THE SENECA NATION OF INDIANS </br></br> Defendant. | Civil Action No. 1:06cv01303 (RCL) |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to LCvR 83.2(c), Timothy A. Ngau, a member in good standing of the Bar of this Court and counsel of record for Plaintiff LECG, LLC, respectfully requests this Court to permit John F. Cambria, a non-member of this Court's Bar, to appear *pro hac vice* in the Court's proceedings in this matter. The Declaration of John F. Cambria, showing his compliance with the requirements of LCvR 83(d), accompanies this motion.

Dated: July 25, 2006

Respectfully submitted,

   /s/ *Timothy A. Ngau*
Timothy Ngau
DC Bar No. 339333
ALSTON & BIRD, LLP
950 F Street, NW
Washington, DC  20004
Phone: 202-756-3300
Fax: 202-756-3333

Counsel for Plaintiff LECG, LLC