IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LECG, LLC <br>    Plaintiff, <br><br> v. <br><br> THE SENECA NATION OF INDIANS <br><br>    Defendant. | Civil Action No. 1:06cv01303 |

### DECLARATION OF JOHN F. CAMBRIA
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

John F. Cambria declares, under penalty of perjury and pursuant to LCvR 83.2(d) the following:

1. I am counsel for Plaintiff LECG, LLC in this action.

2. I am a partner of Alston & Bird, LLP, 90 Park Avenue, New York, New York 10016. My telephone number is (212) 210-9400.

3. I am a member in good standing of the Bar of the State of New York. I am admitted to practice in the following courts: the United States District Courts of the Southern and Eastern Districts of New York, the United States Court of Appeals for the Second Circuit and the United States Supreme Court.

- 2 -

4.  I hereby certify that I have never been disciplined by any bar; that I have not be admitted *pro hac vice* before this Honorable Court in the past two years; that I do not have an office in the District of Columbia, nor do I have an application for membership in the District of Columbia pending.

Under penalty of perjury I do so declare.

Dated: July 24, 2006

John F. Cambria

LEGAL02/30024010v1