UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LECG, LLC** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1303 (RCL) |
| **THE SENECA NATION OF INDIANS,** | ) |
| Defendant. | ) |

### ORDER ADMITTING JOHN F. CAMBRIA, ESQUIRE
### *PRO HAC VICE*

Upon the motion [3] of Timothy A. Ngau, Esquire, a member in good standing of this Court, and being fully advised in the premises, it is hereby

ORDERED that John F. Cambria, Esquire, is admitted to the bar of this Court *pro hac vice* as counsel for LECG, LLC in this case.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 25, 2006.