**EXHIBIT 3**

**QUALITY IS OUR # 1 GOAL   BOX # 952423**
**SEQ# 016 $ 0001000000 BA# 2 01-16-05 20 2**



SENECA NATION OF INDIANS
GENERAL FUND #1
CENTER RD - PH. 716-945-1790
P.O. BOX 231
SALAMANCA, NY, 14779-0231

1899

DATE 12-20-04

PAY TO THE ORDER OF     LECG                              $ 10,000.00

Ten Thousand  & .00/100                                 DOLLARS

FOR   Retainer

⑆00 1899⑆  ⑉0 2 2000 8 39⑈  3 2968 100485 2⑆

**us bank.**
Five Star Service Guaranteed

THE SENECA NATION OF INDIANS
Obligat'n Description PO BOX 231, SALAMANCA, NY 14779

| | | | | | |
|---|---|---|---|---|---|
| | | Invoice # | PO #/V Vendor num | | Amount |
| 556337 NOVEMBER 04 | | 40915 CR | 6422 | | 7,907.90 |
| *** Total *** | | | | | 7,907.90 |

Seneca-13787 JJS

QUALITY IS OUR #1 GOAL BOX # 952423
SEQ# 004 $ 0000790790 BA# 2 03-06-05 20 2



**usbank.**
Five Star Service Guaranteed

QUALITY IS OUR #1 GOAL. BOX # 982423
SEQ# 009 $ 0002279654 BA# 5 03-15-05 20 1

THE SENECA NATION OF INDIANS
Obligat'n Description
P.O. BOX 231
SALAMANCA, NY 14779

558818 DECEMBER
*** Total ***

Invoice #    PO #/V Vendor num

5779-358196-149

                    CR    642Z

Amount

22,796.54
22,796.54

41542



QUALITY IS OUR # 1 GOAL BOX # 952423

THE SENECA NATION OF INDIANS
P.O. BOX 231      SALAMANCA, NY 14779

| Obligat'n Description | Invoice # | PO #/V Vendor num | Amount |
|---|---|---|---|
| 568842 JANUARY 2005 FEES & EXPENSE | CR 6422 | 5807-366835-158 | 229,834.95 |
| *** Total *** | | | 229,834.95 |