**EXHIBIT 6**

Case 1:06-cv-01303-RCL    Document 5-7    Filed 08/02/2006    Page 1 of 2



**THE RESOLUTION EXPERTS®**

December 16, 2005

Mr. John F. Cambria
Alston & Bird
90 Park Avenue
New York, NY 10016

Mr. Robert H. Porter, Jr.
7411-A Lindbergh Drive
Gaithersburg, MD 20879

Re:   LECG, LLC v. The Seneca Nation of Indians
      JAMS Reference No. 1420015562

Dear Counsel:

The issue concerning whether the above-referenced arbitration may be commenced was referred to the JAMS National Arbitration Committee (NAC) for review. The NAC is chaired by JAMS General Counsel and is comprised of neutrals and JAMS associates who review and determine issues such as those raised in this matter.

JAMS Comprehensive Rules govern disputes that are administered by JAMS and when the disputed claim exceeds $250,000. Parties are deemed to have made the Rules a part of their Arbitration agreement when—as in this case—they have provided for Arbitration by JAMS. (JAMS Comprehensive Rule 1.)  Rule 11(c) provides that jurisdictional and arbitrability disputes, including disputes over the interpretation of the agreement under which Arbitration is sought, must be submitted to and ruled on by the Arbitrator.

Accordingly, and in conformance with the terms of the parties agreement, this Arbitration is being forwarded to JAMS Washington, D.C. office to be commenced, and for an Arbitrator to be appointed.

Very truly yours,

Kimberly Taylor
Associate General Counsel