**EXHIBIT 8**

SENECA NATION OF INDIANS
ALLEGANY TERRITORY
PEACEMAKERS COURT

SENECA NATION OF INDIANS,

           Plaintiff

vs.

JUDICIAL ARBITRATION & MEDIATION
SERVICES, INC. (JAMS) and LECG, LLC.,

           Defendants

SECOND AMENDED
ORDER TO SHOW CAUSE

CA #0125-06-1

    Upon the affidavit of Maurice A. John, sworn to January 25, 2006, which was annexed to the Order to Show Cause entered herein by this Court on January 25, 2006, and the affidavit of Thomas C. Brady, Esq., sworn to July 24, 2006, annexed hereto, the summons and complaint dated January 25, 2006, and upon all papers and proceedings had herein,

    Let the defendants, **Judicial Arbitration & Mediation Services, Inc. ("JAMS") and LECG, LLC, ("LECG")** show cause at a Term of this Court to be held at the Seneca Nation Judicial Complex, Center Road, Allegany Territory, Salamanca, New York, on _August 21_, 2006 at _2:00 P__ AM/PM, or as soon thereafter as counsel can be heard, why a preliminary injunction should not be entered herein prohibiting defendants from commencing, prosecuting, administering, carrying on, holding and/or determining any arbitration proceeding brought by Defendant LECG, LLC against Plaintiff Seneca Nation of Indians during the pendency of this action.

    Pending a hearing on the request for a preliminary injunction, the Court hereby issues a temporary restraining order prohibiting defendants from commencing, prosecuting, administering, carrying on, holding and/or determining any arbitration proceeding brought by Defendant LECG, LLC against Plaintiff Seneca Nation of Indians.

    Sufficient reason appearing therefore, let service of a copy of this order, together with the papers upon which it was granted, upon defendants by certified mail addressed to Defendant JAMS to the attention of Joseph C. Edmonds, 555 13th Street, NW, Suite 700, Washington, D.C. 20004 and to Defendant LECG at 1725 Eye Street, NW, Washington, D.C. 20006, with a copy to LECG's attorney, John F. Cambria, Esq., Alston & Bird, LLP, 90 Park Avenue, New York, NY 10016, on or before July _28_, 2006 be deemed sufficient.

    Order signed this _24_ day of July, 2006.

_____
Senior Peacemaker

_____
Peacemaker

SENECA NATION OF INDIANS
ALLEGANY TERRITORY
PEACEMAKERS COURT

SENECA NATION OF INDIANS,

        Plaintiff

vs.

JUDICIAL ARBITRATION & MEDIATION
SERVICES, INC. (JAMS) and LECG, LLC.,

        Defendants

**AFFIDAVIT**

CA #0125-06-1

STATE OF NEW YORK    )
COUNTY OF CATTARAUGUS  ) ss:

THOMAS C. BRADY, ESQ., being duly sworn, deposes and says:

1. I am a member of the law firm of Brady & Swenson, 41 Main Street, Salamanca, New York 14779, attorneys for the Seneca Nation of Indians ("the Nation"), the Plaintiff herein.

2. I am familiar with all of the procedural aspects of this matter hereinafter more fully described.

3. This affidavit is made in support of the Nation's application for a second Amended Order to Show Cause directing Defendants to show cause at a term of this Court why a preliminary injunction should not be entered prohibiting Defendants from commencing, prosecuting, administering, carrying on and/or determining any arbitration proceeding brought by Defendant LECG, LLC against the Nation during the pendency of this action and issuing a temporary restraining order prohibiting Defendants from taking any such action pending a hearing on such request for a preliminary injunction.

4. By Order to Show Cause dated January 25, 2006, this Court ordered Defendants to show cause at a term of this Court to be held on February 13, 2006 why a preliminary injunction granting the aforementioned relief should not be entered and further directing that pending a hearing on such request, Defendants were temporarily restrained and prohibited from commencing, prosecuting, administering, carrying on, holding and/or determining any arbitration proceeding brought by Defendant LECG, LLC against the Nation.

5. By letter agreement dated February 7, 2006, a copy of which is attached hereto as Exhibit A, deponent and John F. Cambria, Esq., a member of the law firm of Alston & Bird, attorneys for Defendant LECG, LLC, deponent agreed to advise this Court that the temporary restraining order set forth in the aforementioned Order of January 25, 2006 should be dissolved or rescinded and that argument of the Nation's motion for a preliminary injunction be adjourned generally until this office requests that it be rescheduled.

6. The agreement was made so that the parties could explore the possibility of resolving their dispute by agreement.

7. In order to carry out the terms of such letter agreement dated February 7, 2006, deponent advised this Court by letter dated February 9, 2006, a copy of which is attached hereto as Exhibit B, regarding such terms and requesting that the aforementioned temporary restraining order be stricken from the Court's Order of January 25, 2006.

8. On February 14, 2006, this Court entered an Amended Order to Show Cause striking from its January 25, 2006 Order the language by which a temporary restraining order was issued.

9. On July 18, 2006, it was determined that the parties cannot resolve this matter by agreement and Defendant LECG, LLC's attorneys have given notice that they will reinitiate attempts to arbitrate the dispsute and/or "commence other legal proceedings against The Nation." A copy of correspondence dated July 18, 2006 to deponent from John F. Cambria, Esq. by which such notice was provided is attached hereto as Exhibit C.

10. By reason of such notice given by Defendant LECG, LLC, deponent, for the reasons set forth in the affidavit of Maurice A. John dated January 25, 2006, which is attached to the Court's Order to Show Cause dated January 25, 2006 and incorporated herein by reference, respectfully requests that this Court again amend its Order to Show Cause by setting a return date on the Nation's application for a preliminary injunction and by again providing that pending a hearing on such request, Defendants be temporarily restrained from commecing, prosecuting, administering, carrying on, holding and/or determining in the arbitration proceeding brought by Defendant LECG, LLC against the Nation.

_____
Thomas C. Brady, Esq.

Sworn to before me this
24th day of July, 2006

_____
Notary Public

ELAINE A. ALEXANDER 01AL5045979
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN CATTARAUGUS COUNTY
MY COMMISSION EXPIRES 6/26/07

# EXHIBIT "A"

# BRADY & SWENSON
*Attorneys and Counselors at Law*

Thomas C. Brady*
*Admitted in NY and FL

41 Main Street
Salamanca, New York 14779
716-945-2000

Fax - 716-945-3566
*Fax Not For Service of Process*
Website: www.bradyandswenson.com

Matthew R. Swenson**
**Admitted in NY and PA

February 7, 2006

John F. Cambria, Esq.
Alston & Bird
90 park Avenue
New York, NY 10016-1387

**By email to JCambria@alston.com**

Re:   **SENECA NATION OF INDIANS v. JAMS and LECG, LLC**

Dear Mr. Cambria,

    This letter, once signed by you, will constitute a binding agreement between our clients regarding the pending action in the Peacemakers Court of the Seneca Nation and the pending arbitration before JAMS. Both your firm and mine have been authorized by our respective clients to enter into this agreement. Our agreement is as follows:

    a. On or before February 9, 2006, you will notify JAMS in writing that the arbitration should be held in abeyance with no further action taken by the arbitrator until advised to the contrary by LECG;

    b. On or before February 9, 2006, we will advise the Peacemakers Court of our agreement that the temporary restraining order set forth in the second paragraph of the Court's January 25, 2006 order be dissolved or rescinded and that argument of our motion for a preliminary injunction be adjourned generally until this office requests that it be rescheduled; and

    c. Each of us will provide five days' written notice to the other before commencing or continuing any legal proceeding between the parties, including, *inter alia*, the Peacemakers Court action and the JAMS arbitration, and before contacting JAMS or the Peacemakers Court or any Federal District Court regarding the subject dispute.

    d. We will continue to communicate regarding the possibility of resolving this matter by agreement.

    Please sign this agreement and return a copy of it to the undersigned by facsimile on or before February 8, 2006.

Yours, etc.,

BRADY & SWENSON

*[signature]*

Thomas C. Brady, Esq.

AGREED this 9th day
of February, 2006.

ALSTON & BIRD

*[signature]*

John F. Cambria, Esq.

# EXHIBIT "B"

# BRADY & SWENSON
### Attorneys and Counselors at Law

Thomas C. Brady*
*Admitted in NY and FL

41 Main Street
Salamanca, New York 14779
716-945-2000

Fax - 716-945-3566
Fax Not For Service of Process

Website: www.bradyandswenson.com

Matthew R. Swenson**
**Admitted in NY and PA

February 9, 2006

Peacemakers Court
SENECA NATION OF INDIANS
P.O. Box 231
Salamanca, NY 14779

VIA FACSIMILE (945-0209), CONFIRMATION BY MAIL

RE: SENECA NATION OF INDIANS V. JAMS & LECG, LLC
CA#0125-06-1

Dear Peacemakers:

Please be advised that counsel for Defendants in this action and I have agreed to a general adjournment (without fixing a new return date) of the above-referenced action and the Nation's application for a preliminary injunction, which is now scheduled to be heard on Monday, February 13, 2006. We have also agreed that the paragraph of the Court's order providing that JAMS and LECG, LLC are temporarily restrained from taking certain actions during the pendency of the motion be stricken and dissolved.

Please amend the Order dated January 25, 2006 to strike the aforementioned paragraph and furnish copies of the new Order to this office and to John F. Cambria, Esq., Alston & Bird, LLP, 90 Park Avenue, New York, NY 10016-1387.

Thank you for your cooperation.

Very truly yours,

BRADY & SWENSON

Thomas C. Brady
eaa
xc:   John F. Cambria, Esq. via facsimile (212-210-9444)
      Robert O. Porter, Esq. via facsimile (315-637-1871)

# EXHIBIT "C"

# ALSTON&BIRD LLP

90 Park Avenue
New York, New York 10016

212-210-9400
Fax: 212-210-9444
www.alston.com

John F. Cambria                    Direct Dial: 212-210-9583           E-mail: john.cambria@alston.com
                                                                       049175/301218 L5469

July 18, 2006

VIA FACSIMILE (716) 945-3566

Thomas C. Brady, Esq.
Brady & Swenson
41 Main Street
Salamanca, NY 14779

    Re:    *LECG, LLC v. The Seneca Nation of Indians*

Dear Mr. Brady:

    Pursuant to the terms of the letter agreement between our client, LECG, LLC ("LECG"), and The Seneca Nation of Indians ("The Nation"), dated February 9, 2006, please take notice that LECG will reinitiate its JAMS arbitration and/or commence other legal proceedings against The Nation.

    Very truly yours,

    John F. Cambria

JFC:kspj

LEGAL02/30018514v1

One Atlantic Center          Bank of America Plaza        3201 Beechleaf Court, Suite 600    The Atlantic Building        Brienner Strasse 11/V
1201 West Peachtree Street   101 South Tryon Street, Suite 4000  Raleigh, NC 27604-1062      950 F Street, NW             80333 Munich
Atlanta, GA 30309-3424       Charlotte, NC 28280-4000     919-862-2200                       Washington, DC 20004-1404    (49) (89) 238-0-70
404-881-7000                 704-444-1000                 Fax: 919-862-2260                  202-756-3300                 Fax: (49) (89) 238-0-7110
Fax: 404-881-7777            Fax: 704-444-1111                                               Fax: 202-756-3333            (Representative Office)