**EXHIBIT 3**

**QUALITY IS OUR # 1 GOAL  BOX # 952423**
**SEQ# 016 $ 0001000000 BA# 2 01-16-05 20 2**



SENECA NATION OF INDIANS
GENERAL FUND #1
3502 CENTER RD — M.L. 716-945-1790
P.O. BOX 231
SALAMANCA, NY 14779-0231

1899

DATE 12-20-04

PAY TO THE ORDER OF  LECG    $ 10,000.00

Ten Thousand & 00/100  DOLLARS

KeyBank National Association
Salamanca, New York 14779
1-800 KEY2YOU® Key.com®

FOR  Retainer

⑆00 1899⑆ ⑆0 22000839⑆ 3 2968 100485 2⑆    0 30 10000000

**us bank.**
Five Star Service Guaranteed

QUALITY IS OUR #1 GOAL BOX # 9524243
SEQ# 004 $ 0000790790 BA# 2 03-06-05 20 2

| Obligat'n Description | Invoice # | PO #/V Vendor num | Amount |
|---|---|---|---|
| 556337 NOVEMBER 04 | 40915 CR | 6422 | 7,907.90 |
| *** Total *** | | | 7,907.90 |

Seneca-13787 JS





THE SENECA NATION OF INDIANS
P.O. BOX 231
SALAMANCA, NY 14779

Obligat'n Description                Invoice #      PO #/V Vendor num         Amount

568842 JANUARY 2005 FEES & EXPENSE                  5807-366835-158           229,834.95
                                            CR      6422                      229,834.95
*** Total ***

#42,199