**EXHIBIT 4**

# Demand for Arbitration
# Before JAMS

TO RESPONDENT: The Seneca Nation of Indians
(Address) 12837 Route 438
(City) Irving                    (State) New York    (Zip) 14081

(Telephone) (716) 532-4900    (Fax) (716) 532-9132 (E-Mail) _____

Representative/Attorney (if known): c/o Robert Odawi Porter/Senior Policy Advisor and Counsel

(Address) P.O. Box 231, Seneca Nation

(City) Salamanca    (State) New York    (Zip) 14779

(Telephone) (716) 945 – 1790    (Fax) (716) 945 – 6869 (E-Mail) _____

FROM CLAIMANT (Name): LECG, LLC

(Address) 1725 Eye Street, NW

(City) Washington, D.C.    (State) _____    (Zip) 20006

(Telephone) (202) 466-4422    (Fax) (202) 466-4487 (E-Mail) _____

Representative/Attorney of Claimant: Alston & Bird LLP Attn: John F. Cambria, Esq.

(Address) 90 Park Avenue

(City) New York    (State) New York    (Zip) 10016

(Telephone) (212) 210-9583    (Fax) (212) 922-3883 (E-Mail) jcambria@alston.com

NYC01/7787009v2

## NATURE OF DISPUTE

Claimant hereby demands that you submit the following dispute to final and binding arbitration (a more detailed statement of the claim(s) may be attached:

This claim arises from the breach of the Engagement Agreement between LECG, LLC ("LECG") and The Seneca Nation of Indians ("The Nation") (hereafter "Engagement Agreement"), dated November 29, 2004. The Nation has breached the Engagement Agreement. Pursuant to the Engagement Agreement, LECG provided consulting services in connection with an internal accounting investigation conducted by The Nation's independent counsel, during the period from approximately November 29, 2004 to April 30, 2005. The Nation has breached the Engagement Agreement by failing to pay LECG for services rendered.

## ARBITRATION AGREEMENT

This demand is made pursuant to the arbitration agreement which the parties made as follows (cite location of arbitration provision & attach two (2) copies of entire agreement).

The last paragraph of page 4 of the Engagement Agreement provides that disputes shall be submitted to binding arbitration administered by JAMS in Washington D.C. Two copies of the Engagement Agreement are attached.

## CLAIM & RELIEF SOUGHT BY CLAIMANT

Claimant asserts the following claim and seeks the following relief (include amount in controversy, if applicable):

LECG seeks payment by The Nation, pursuant to the Engagement Agreement, in respect of its outstanding invoices, in the principal amount of $815,808.62. LECG further claims (i) pre-judgment and post-judgment in said indebtedness owed by the

- 2 -

NYC01/7787009v2

Nation under applicable law, and (ii) its reasonable attorneys' fees and costs pursuant to the Engagement Agreement.

## RESERVATION OF RIGHTS

Claimant asserts the following reservation of rights:

LECG does not waive, and expressly reserves the right to exercise, any additional rights or remedies available to it under law and to commence arbitration or litigation against any other party who may be liable under the Engagement Agreement or otherwise.

## RESPONSE

Respondent may file a response and counter-claim to the above-stated claim according to the applicable arbitration rules. Send the original response and counter-claim to the claimant at the address stated above with two (2) copies to JAMS.

### Request for Hearing

JAMS is requested to set this matter for hearing at: Washington, D.C.

Signed:    LECG, LLC
           By its undersigned counsel:

           _____
           John F. Cambria
           Kimya S.P. Johnson
           ALSTON & BIRD LLP
           90 Park Avenue
           New York, NY 10016
           Telephone: 212-210-9400
           Facsimile: 212-210-9444

Date:      October 27, 2005

- 3 -

NYC01/7787009v2