**EXHIBIT 9**

# ALSTON&BIRD LLP

90 Park Avenue
New York, New York 10016

212-210-9400
Fax: 212-210-9444
www.alston.com

John F. Cambria        Direct Dial: 212-210-9583        E-mail: john.cambria@alston.com
049175/301218 L5469

August 1, 2006

*VIA UPS OVERNIGHT DELIVERY*

Honorable Norma Kennedy
Honorable Margaret Abram
Peacemakers Court
Seneca Nation of Indians, Allegany Territory
Seneca Nation Judicial Complex
Center Road, Allegany Territory
Salamanca, New York 14779

    Re:    *LECG, LLC v. Seneca Nation of Indians*, JAMS Ref. No. 1420015562
           *LECG, LLC v. Seneca Nations of Indians*, 06-CV-01303 (D.C. Dist. Ct.)
           *Seneca Nation of Indians v. JAMS and LECG, LLC*, No. 0125-06-1

Dear Peacemakers Kennedy and Abram:

    This firm represents LECG, LLC ("LECG") in connection with the above-referenced proceedings, as to which we assume basic familiarity.

    On July 27, 2006, I received in my office a copy of your Honorable Court's Second Amended Order to Show Cause, dated July 24, 2006, including the affidavit of Thomas C. Brady, Esq. and accompanying exhibits, which were annexed thereto. It appears that, as per the enclosed copy of my letter of even date to Mr. Brady, the plaintiff Seneca Nation of Indians, has failed to comply with the penultimate decretal paragraph of said Second Amended Order. Both because of that and because, respectfully, LECG does not recognize the jurisdiction of the Peacemakers Court with respect to any aspect of the dispute between LECG and Seneca Nation of Indians, LECG has never appeared in this Court, and I have not been authorized to accept any such papers or orders on its behalf. We have been advised that JAMS also does not recognize Peacemakers Court jurisdiction with respect to its pending arbitration proceeding.

    Even though it appears that the Second Amended Order is null and void by virtue of Plaintiff's failure to comply with its terms, we wish, respectfully, to advise you that

One Atlantic Center    Bank of America Plaza    3201 Beechleaf Court, Suite 600    The Atlantic Building    Brienner Strasse 11/V
1201 West Peachtree Street    101 South Tryon Street, Suite 4000    Raleigh, NC 27604-1062    950 F Street, NW    80333 Munich
Atlanta, GA 30309-3424    Charlotte, NC 28280-4000    919-862-2200    Washington, DC 20004-1404    (49) (89) 238-0-70
404-881-7000    704-444-1000    Fax: 919-862-2260    202-756-3300    Fax: (49) (89) 238-0-7110
Fax: 404-881-7777    Fax: 704-444-1111       Fax: 202-756-3333    (Representative Office)

Honorable Norma Kennedy
August 1, 2006
Page 2

LECG will not be appearing before the Peacemakers Court on August 21, 2006, the date specified in the Second Amended Order to Show Cause, or on any further or adjourned date.

Based on the facts of this case, LECG does not believe that tribal court jurisdiction can be exercised over it or JAMS with respect to any aspect of its dispute with the Seneca Nation of Indians. Out of deference and respect to you and your Honorable Court, however, LECG has decided, at least at this point, not to take steps to further the arbitration proceeding before JAMS until a ruling has been obtained in the above-referenced declaratory judgment action LECG has filed in the United States District Court for the District of Columbia. We believe it is in everyone's interest to obtain a prompt ruling from the federal court on Seneca Nation's defense of sovereign immunity.

Again, the submission of this letter is not an appearance on LECG's behalf in the above-referenced Peacemakers Court matter. LECG has chosen to proceed as outlined above, in part, so as to not create the appearance of flouting an order of your Honorable Court. LECG reserves all the rights afforded to it under the parties' agreement and by United States state and/or federal law.

Respectfully submitted,

John F. Cambria

JFC:kspj
Enclosures
cc:   Thomas C. Brady, Esq., *Counsel for Seneca Nation of Indians*
      Kimberly Taylor, Esq., *Counsel for JAMS*

LEGAL02/30032300v3

# ALSTON&BIRD LLP

90 Park Avenue
New York, New York 10016

212-210-9400
Fax: 212-210-9444
www.alston.com

John F. Cambria        Direct Dial: 212-210-9583        E-mail: john.cambria@alston.com
                                                                                                                      049175/301218 L5469

August 1, 2006

*VIA UPS OVERNIGHT DELIVERY*

Thomas C. Brady, Esq.
Brady & Swenson
41 Main Street
Salamanca, NY 14779

       Re:     *LECG, LLC v. Seneca Nation of Indians*, JAMS Ref. No. 1420015562
                    *LECG, LLC v. Seneca Nations of Indians*, 06-CV-01303 (D.C. Dist. Ct.)
                    *Seneca Nation of Indians vs. JAMS and LECG, LLC*, No. 0125-06-1

Dear Mr. Brady:

      I received (on July 27, 2006) your letter dated July 25, 2006 and its enclosed Second Amended Order to Show Cause ("Second Order"), which was issued by the Peacemakers Court on July 24, 2006. I, however, must reject same and return both herewith. Our client, LECG, LLC ("LECG") has not authorized Alston & Bird to accept process with regard to any action commenced in the Peacemakers Court.

      Furthermore, it appears that your client, Seneca Nation of Indians ("Seneca"), has failed to comply with the penultimate decretal paragraph of the Second Order. LECG has advised me that its D.C. office has not received any service of process as the Second Order required. Since the specified time for proper service of process under the Second Order has now elapsed, it appears that the Second Order is moot.

      Notwithstanding the foregoing, and recognizing the reality that you could likely obtain a third amended order, LECG has notified the Peacemakers Court of its position with respect to both purported tribal court jurisdiction and its intersection with the above-referenced pending JAMS arbitration and the federal court declaratory judgment action commenced by LECG. A copy of same is enclosed for your reference.

---

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
404-881-7000
Fax: 404-881-7777

Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
704-444-1000
Fax: 704-444-1111

3201 Beechleaf Court, Suite 600
Raleigh, NC 27604-1062
919-862-2200
Fax: 919-862-2260

The Atlantic Building
950 F Street, NW
Washington, DC 20004-1404
202-756-3300
Fax: 202-756-3333

Brienner Strasse 11/V
80333 Munich
(49) (89) 238-0-70
Fax: (49) (89) 238-0-7110
(Representative Office)

Thomas C. Brady, Esq.
August 1, 2006
Page 2

    I have not received any response to my letter, dated July 24, 2006, concerning the subject of acceptance of service. Nor have we received any return of Rule 4 acknowledgment forms from Seneca with respect to the federal court action. I remain willing to consider a mutual agreement on acceptance of service, but failing same or prompt receipt of the Rule 4 forms, we will have to use other avenues.

    Please give me a call if you have any questions. Thank you.

Very truly yours,

John F. Cambria

JFC:kspj
Enclosures
cc:   Kimberly Taylor, Esq., JAMS

LEGAL02/30033387v2

# BRADY & SWENSON
### Attorneys and Counselors at Law

Thomas C. Brady*  
*Admitted in NY and FL

41 Main Street  
Salamanca, New York 14779  
716-945-2000

Fax - 716-945-3566  
Fax Not For Service of Process  
Website: www.bradyandswenson.com

Matthew R. Swenson**  
**Admitted in NY and PA

July 25, 2006

John F. Cambria, Esq.  
ALSTON & BIRD  
90 Park Avenue  
New York, NY 10016

Joseph C. Edmonds  
JAMS, INC.  
555 13th Street NW, Suite 700  
Washington, DC 20004

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

**RE:   SENECA NATION OF INDIANS V. JAMS & LECG, LLC**

Dear Sirs:

Enclosed herewith and served upon you please find a Second Amended Order to Show Cause issued by the Seneca Nation of Indians Peacemakers' Court on July 24, 2006.

Very truly yours,

BRADY & SWENSON

Thomas C. Brady  
eaa  
enclosure  
xc:   Robert O. Porter, Esq.

RECEIVED  
JUL 27 2006  
pm: 7/25/06  
JOHN F. CAMBRIA  
ALSTON & BIRD

Certified Mail - RRR

SENECA NATION OF INDIANS
ALLEGANY TERRITORY
PEACEMAKERS COURT

SENECA NATION OF INDIANS,

          Plaintiff

vs.

JUDICIAL ARBITRATION & MEDIATION
SERVICES, INC. (JAMS) and LECG, LLC.,

          Defendants

SECOND AMENDED
ORDER TO SHOW CAUSE

CA #0125-06-1

    Upon the affidavit of Maurice A. John, sworn to January 25, 2006, which was annexed to the Order to Show Cause entered herein by this Court on January 25, 2006, and the affidavit of Thomas C. Brady, Esq., sworn to July 24, 2006, annexed hereto, the summons and complaint dated January 25, 2006, and upon all papers and proceedings had herein,

    Let the defendants, **Judicial Arbitration & Mediation Services, Inc. ("JAMS") and LECG, LLC, ("LECG")** show cause at a Term of this Court to be held at the Seneca Nation Judicial Complex, Center Road, Allegany Territory, Salamanca, New York, on _August 21_, 2006 at _2:00 P_ AM/PM, or as soon thereafter as counsel can be heard, why a preliminary injunction should not be entered herein prohibiting defendants from commencing, prosecuting, administering, carrying on, holding and/or determining any arbitration proceeding brought by Defendant LECG, LLC against Plaintiff Seneca Nation of Indians during the pendency of this action.

    Pending a hearing on the request for a preliminary injunction, the Court hereby issues a temporary restraining order prohibiting defendants from commencing, prosecuting, administering, carrying on, holding and/or determining any arbitration proceeding brought by Defendant LECG, LLC against Plaintiff Seneca Nation of Indians.

    Sufficient reason appearing therefore, let service of a copy of this order, together with the papers upon which it was granted, upon defendants by certified mail addressed to Defendant JAMS to the attention of Joseph C. Edmonds, 555 13th Street, NW, Suite 700, Washington, D.C. 20004 and to Defendant LECG at 1725 Eye Street, NW, Washington, D.C. 20006, with a copy to LECG's attorney, John F. Cambria, Esq., Alston & Bird, LLP, 90 Park Avenue, New York, NY 10016, on or before July _28_, 2006 be deemed sufficient.

    Order signed this _24_ day of July, 2006.

                                                                          Hon. Norma Kennedy
                                                                         Senior Peacemaker

                                                                         Hon. Margaret Abrams
                                                                         Peacemaker

SENECA NATION OF INDIANS
ALLEGANY TERRITORY
PEACEMAKERS COURT

SENECA NATION OF INDIANS,

          Plaintiff

vs.

JUDICIAL ARBITRATION & MEDIATION
SERVICES, INC. (JAMS) and LECG, LLC.,

          Defendants

**AFFIDAVIT**

CA #0125-06-1

STATE OF NEW YORK    )
COUNTY OF CATTARAUGUS  ) ss:

    THOMAS C. BRADY, ESQ., being duly sworn, deposes and says:

    1.    I am a member of the law firm of Brady & Swenson, 41 Main Street, Salamanca, New York 14779, attorneys for the Seneca Nation of Indians ("the Nation"), the Plaintiff herein.

    2.    I am familiar with all of the procedural aspects of this matter hereinafter more fully described.

    3.    This affidavit is made in support of the Nation's application for a second Amended Order to Show Cause directing Defendants to show cause at a term of this Court why a preliminary injunction should not be entered prohibiting Defendants from commencing, prosecuting, administering, carrying on and/or determining any arbitration proceeding brought by Defendant LECG, LLC against the Nation during the pendency of this action and issuing a temporary restraining order prohibiting Defendants from taking any such action pending a hearing on such request for a preliminary injunction.

    4.    By Order to Show Cause dated January 25, 2006, this Court ordered Defendants to show cause at a term of this Court to be held on February 13, 2006 why a preliminary injunction granting the aforementioned relief should not be entered and further directing that pending a hearing on such request, Defendants were temporarily restrained and prohibited from commencing, prosecuting, administering, carrying on, holding and/or determining any arbitration proceeding brought by Defendant LECG, LLC against the Nation.

5.  By letter agreement dated February 7, 2006, a copy of which is attached hereto as Exhibit A, deponent and John F. Cambria, Esq., a member of the law firm of Alston & Bird, attorneys for Defendant LECG, LLC, deponent agreed to advise this Court that the temporary restraining order set forth in the aforementioned Order of January 25, 2006 should be dissolved or rescinded and that argument of the Nation's motion for a preliminary injunction be adjourned generally until this office requests that it be rescheduled.

6.  The agreement was made so that the parties could explore the possibility of resolving their dispute by agreement.

7.  In order to carry out the terms of such letter agreement dated February 7, 2006, deponent advised this Court by letter dated February 9, 2006, a copy of which is attached hereto as Exhibit B, regarding such terms and requesting that the aforementioned temporary restraining order be stricken from the Court's Order of January 25, 2006.

8.  On February 14, 2006, this Court entered an Amended Order to Show Cause striking from its January 25, 2006 Order the language by which a temporary restraining order was issued.

9.  On July 18, 2006, it was determined that the parties cannot resolve this matter by agreement and Defendant LECG, LLC's attorneys have given notice that they will reinitiate attempts to arbitrate the dispsute and/or "commence other legal proceedings against The Nation." A copy of correspondence dated July 18, 2006 to deponent from John F. Cambria, Esq. by which such notice was provided is attached hereto as Exhibit C.

10. By reason of such notice given by Defendant LECG, LLC, deponent, for the reasons set forth in the affidavit of Maurice A. John dated January 25, 2006, which is attached to the Court's Order to Show Cause dated January 25, 2006 and incorporated herein by reference, respectfully requests that this Court again amend its Order to Show Cause by setting a return date on the Nation's application for a preliminary injunction and by again providing that pending a hearing on such request, Defendants be temporarily restrained from commecing, prosecuting, administering, carrying on, holding and/or determining in the arbitration proceeding brought by Defendant LECG, LLC against the Nation.

_____
Thomas C. Brady, Esq.

Sworn to before me this
24th day of July, 2006

_Elaine A. Alexander_
Notary Public

ELAINE A. ALEXANDER 01AL5045979
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN CATTARAUGUS COUNTY
MY COMMISSION EXPIRES 6/26/07

# EXHIBIT "A"

# BRADY & SWENSON
*Attorneys and Counselors at Law*

Thomas C. Brady*
*Admitted in NY and FL

41 Main Street
Salamanca, New York 14779
716-945-2000

Fax - 716-945-3566
*Fax Not For Service of Process*
Website: www.bradyandswenson.com

Matthew R. Swenson**
**Admitted in NY and PA

February 7, 2006

John F. Cambria, Esq.
Alston & Bird
90 park Avenue
New York, NY 10016-1387

**By email to JCambria@alston.com**

Re:   **SENECA NATION OF INDIANS v. JAMS and LECG, LLC**

Dear Mr. Cambria,

This letter, once signed by you, will constitute a binding agreement between our clients regarding the pending action in the Peacemakers Court of the Seneca Nation and the pending arbitration before JAMS. Both your firm and mine have been authorized by our respective clients to enter into this agreement. Our agreement is as follows:

a. On or before February 9, 2006, you will notify JAMS in writing that the arbitration should be held in abeyance with no further action taken by the arbitrator until advised to the contrary by LECG;

b. On or before February 9, 2006, we will advise the Peacemakers Court of our agreement that the temporary restraining order set forth in the second paragraph of the Court's January 25, 2006 order be dissolved or rescinded and that argument of our motion for a preliminary injunction be adjourned generally until this office requests that it be rescheduled; and

c. Each of us will provide five days' written notice to the other before commencing or continuing any legal proceeding between the parties, including, *inter alia*, the Peacemakers Court action and the JAMS arbitration, and before contacting JAMS or the Peacemakers Court or any Federal District Court regarding the subject dispute.

d. We will continue to communicate regarding the possibility of resolving this matter by agreement.

Please sign this agreement and return a copy of it to the undersigned by facsimile on or before February 8, 2006.

Yours, etc.,

BRADY & SWENSON

Thomas C. Brady, Esq.

AGREED this 9th day
of February, 2006.

ALSTON & BIRD

John F. Cambria, Esq.

# EXHIBIT "B"

# BRADY & SWENSON
### Attorneys and Counselors at Law

Thomas C. Brady*  
*Admitted in NY and FL

41 Main Street  
Salamanca, New York 14779  
716-945-2000

Fax - 716-945-3566  
*Fax Not For Service of Process*

Website: www.bradyandswenson.com

Matthew R. Swenson**  
**Admitted in NY and PA

February 9, 2006

Peacemakers Court  
SENECA NATION OF INDIANS  
P.O. Box 231  
Salamanca, NY 14779

*VIA FACSIMILE (945-0209), CONFIRMATION BY MAIL*

RE:    SENECA NATION OF INDIANS V. JAMS & LECG, LLC  
        CA#0125-06-1

Dear Peacemakers:

Please be advised that counsel for Defendants in this action and I have agreed to a general adjournment (without fixing a new return date) of the above-referenced action and the Nation's application for a preliminary injunction, which is now scheduled to be heard on Monday, February 13, 2006. We have also agreed that the paragraph of the Court's order providing that JAMS and LECG, LLC are temporarily restrained from taking certain actions during the pendency of the motion be stricken and dissolved.

Please amend the Order dated January 25, 2006 to strike the aforementioned paragraph and furnish copies of the new Order to this office and to John F. Cambria, Esq., Alston & Bird, LLP, 90 Park Avenue, New York, NY 10016-1387.

Thank you for your cooperation.

Very truly yours,

BRADY & SWENSON

Thomas C. Brady  
eaa  
xc:    John F. Cambria, Esq. via facsimile (212-210-9444)  
        Robert O. Porter, Esq. via facsimile (315-637-1871)

# EXHIBIT "C"

# ALSTON&BIRD LLP

90 Park Avenue
New York, New York 10016

212-210-9400
Fax: 212-210-9444
www.alston.com

John F. Cambria                    Direct Dial: 212-210-9583                E-mail: john.cambria@alston.com
                                                                            049175/301218 L5469

July 18, 2006

*VIA FACSIMILE (716) 945-3566*

Thomas C. Brady, Esq.
Brady & Swenson
41 Main Street
Salamanca, NY 14779

    Re:    *LECG, LLC v. The Seneca Nation of Indians*

Dear Mr. Brady:

    Pursuant to the terms of the letter agreement between our client, LECG, LLC ("LECG"), and The Seneca Nation of Indians ("The Nation"), dated February 9, 2006, please take notice that LECG will reinitiate its JAMS arbitration and/or commence other legal proceedings against The Nation.

                                             Very truly yours,

                                             John F. Cambria

JFC:kspj

LEGAL02/30018514v1

One Atlantic Center | Bank of America Plaza | 3201 Beechleaf Court, Suite 600 | The Atlantic Building | Brienner Strasse 11/V
1201 West Peachtree Street | 101 South Tryon Street, Suite 4000 | Raleigh, NC 27604-1062 | 950 F Street, NW | 80333 Munich
Atlanta, GA 30309-3424 | Charlotte, NC 28280-4000 | 919-862-2200 | Washington, DC 20004-1404 | (49) (89) 238-0-70
404-881-7000 | 704-444-1000 | Fax: 919-862-2260 | 202-756-3300 | Fax: (49) (89) 238-0-7110
Fax: 404-881-7777 | Fax: 704-444-1111 | | Fax: 202-756-3333 | (Representative Office)

**Brady & Swenson**
*Attorneys at Law*
41 Main Street
Salamanca, NY 14779

CERTIFIED MAIL

7099 3220 0010 4082 7257

U.S. POSTAGE 05.12
H METER 156832
SALAMANCA NY JUL 25 '06

John F. Cambria, Esq.
ALSTON & BIRD
90 Park Avenue
New York, NY 10016