IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

LECG, LLC

       Plaintiff,

                                 Civil Case No. 1:06-cv-001303 (RCL)

    v.

THE SENECA NATION OF INDIANS

       Defendant.

_____

**DEFENDANT'S MOTION TO CONTINUE LCvR 16.3 CONFERENCE AND
RELATED FILING REQUIREMENTS**

Pursuant to Local Civil Rules ("LCvR") 16.1(b) and 16.3(a), Defendant Seneca Nation of Indians (the "Nation") moves to continue the LCvR 16.3 Conference and related filing requirements set forth in the Court's Order dated September 19, 2006, which directed the parties to hold such a conference within fifteen days (by October 4, 2006) and to file a conference report, along with a proposed scheduling order, no later than ten days thereafter. *See* Doc. No. 9. Because the appropriate scope and timing of proceedings in this action will not be clear until the Court rules on the Nation's Motion to Stay, which the Nation intends to file the week of October 2, 2006, a LCvR 16.3 Conference would be unproductive at this juncture.[1]

Plaintiff LECG, LLC's ("LECG") Amended Complaint for Declaratory Relief – see Doc. No. 6 at ¶¶ 21-30, 34, prayer for relief, Exhibit 7, and Exhibit 9 – and the Nation's Answer – see Doc. No. 8 at ¶¶ N-V – make clear that this action is duplicative

---

[1] Undersigned counsel has discussed this motion with counsel for Plaintiff LECG, LLC ("LECG"), who has indicated that LECG will oppose the motion.

of an action filed by the Nation on January 23, 2006 in the Seneca Nation of Indians Peacemakers Court and that LECG contests the jurisdiction of that court. As set forth in the Nation's Answer, see Doc. No. 8 at ¶¶ W-Y, the tribal court exhaustion doctrine announced by the Supreme Court in *Iowa Mut. Ins. Co. v. LaPlante*, 480 U.S. 9 (1987), and *Nat'l Farmers Union Ins. Cos. v. Crow Tribe of Indians*, 471 U.S. 845 (1985), requires that this Court stay its hand until LECG exhausts its remedies in the courts of the Seneca Nation. Accordingly, the Nation will move in short order to stay all proceedings in this action pending resolution of the parallel, previously-filed Peacemakers Court action; the proper scope and timing of proceedings in this action will hinge upon the Court's resolution of that motion. As a result, a LCvR 16.3 Conference at this time would be premature, and the Nation respectfully requests a continuance of all dates set forth in the Court's Order dated September 19, 2006 until further order of the Court.

Respectfully submitted this 29th day of September, 2006.

KANJI & KATZEN, PLLC

/s/ Riyaz A. Kanji_____

| | |
|---|---|
| Robert Odawi Porter | Riyaz A. Kanji (D.C. Bar No. 455165) |
| Senior Policy Advisor and Counsel | Kanji & Katzen, PLLC |
| Christopher Karns | 101 North Main Street |
| Deputy Counsel | Suite 555 |
| Seneca Nation of Indians | Ann Arbor, Michigan 48104 |
| Post Office Box 231, Seneca Nation | Ph:  (734)-769-5400 |
| Salamanca, New York 14779 | Fax: (734)-769-2701 |
| Ph:  (716) 945-1790 | Email: rkanji@kanjikatzen.com |
| Fax: (716) 945-6869 | |
| | Phillip E. Katzen |
| | Cory Albright |
| | KANJI & KATZEN, PLLC |
| | 100 South King Street, Suite 560 |
| | Seattle, Washington 98104 |
| | Ph:  (206) 344-8100 |

*Counsel for Seneca Nation of Indians*