IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

LECG, LLC

        Plaintiff,

    v.                                  Civil Case No. 1:06-cv-001303 (RCL)

THE SENECA NATION OF INDIANS

        Defendant.

_____

**ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE
LCvR 16.3 CONFERENCE AND RELATED FILING REQUIREMENTS**

This matter comes before the Court on Defendant Seneca Nation of Indians' Motion to Continue LCvR 16.3 Conference and Related Filing Requirements. The Court has considered the papers submitted by the parties and hereby ORDERS a continuance of the LCvR 16.3 Conference and related filing requirements set forth in the Court's Order dated September 19, 2006 (Doc. No. 9) until further order of the Court.

SO ORDERED this ___ day of _____, 2006.

_____
Royce C. Lamberth
United States District Judge