IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LECG, LLC <br>           Plaintiff, <br><br> v. <br><br> THE SENECA NATION OF INDIANS <br><br>           Defendant. | Civil Case No. 1:06CV01303 (RCL) |

### PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR CONTINUANCE AND REQUEST FOR LCvR 16.3 CONFERENCE

Plaintiff LECG, LLC ("LECG") hereby files this Opposition to Defendant The Seneca Nation of Indians' ("Seneca") Motion to Continue Local Civil Rule ("LCvR") 16.3 Conference and Related Filing Requirements, and respectfully requests a LCvR 16.3 conference before any anticipated motions are filed.

In an effort to abide by this Court's September 19, 2006 order directing a LCvR 16.3 conference, LECG's counsel scheduled such a conference for September 29, 2006. The evening before the day of the scheduled conference, Seneca's counsel made it clear that it intended to file a motion to stay this action, and that he did not see the purpose of conducting a conference. LECG opposed the continuation of the conference because, under the plain language of LCvR 16.3, motion practice—the basis of an anticipated motion and briefing schedule—is one of the issues that should be discussed by the parties during the conference.

Prior to its receipt of Seneca's Answer, LECG provided Seneca and a nonparty, Sheppard Mullin Richter & Hampton, LLP ("Sheppard Mullin"), with discovery requests in its effort to disclose, at the outset, the limited information that would be sought during discovery. Counsel also discussed this litigation, and there appeared to be agreement that a core legal issue was all

LEGAL02/30103431v3

that had to be decided, and that virtually all pertinent facts were admitted or not subject to any real dispute. LECG's counsel advised Seneca's counsel that we envisioned a swift motion for summary judgment following that limited discovery.

LECG filed this action to obtain a ruling on whether Seneca waived its sovereign immunity through an agreement to arbitrate under the principles enunciated by the United States Supreme Court in *C & L Enter., Inc. v. Citizen Band of Potawatomi Indian Tribe*, 532 U.S. 411 (2001). Seneca filed its Answer on September 12, 2006 and counsel's prior conversations were confirmed. Seneca did not offer any new information and, instead, confirmed much what LECG sought to obtain from Seneca through discovery. Although LECG has not had the benefit of discovery and of obtaining information from Sheppard Mullin, LECG believes the pleadings have presented sufficient undisputed and/or admitted facts for the Court to determine whether Seneca waived its sovereign immunity as a matter of law. LECG, therefore, intends to move this Court for a judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c).

A LCvR 16.3 conference is now unlikely to occur between the parties before the previously-ordered October 4, 2006 deadline. LCvR 16.3(c) directs the parties to discuss, *inter alia*, "whether the case is likely to be disposed of by dispositive motion," "whether the case can be resolved by summary judgment or motion to dismiss, dates for filing dispositive motions and/or cross-motions, oppositions, and replies," and the "anticipated extent of discovery." Therefore, recognizing the importance of discussing the issues that would have been covered during such a conference and anticipating the filing of two motions (including a dispositive motion) at the same time, LECG respectfully requests that the Court schedule a conference to discuss anticipated motion practice and its impact on LECG's ability to obtain limited discovery as well as to set a briefing schedule for both motions.

This 2nd day of October, 2006.

        Respectfully submitted,
        **LECG, LLC**

        By its attorneys,

        */s/ John F. Cambria*
        _____

        John F. Cambria, Esq.
        ALSTON & BIRD LLP
        90 Park Avenue
        New York, NY 10016
        Tel.: (212) 210-9400
        (Admitted *pro hac vice*)

        */s/ Timothy A. Ngau*
        _____

        Timothy A. Ngau, Esq. (D.C. Bar no. 339333)
        ALSTON & BIRD LLP
        The Atlantic Building
        950 F Street, N.W.
        Washington, D.C. 20004
        Tel.: (202) 756-3300