# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

LECG, LLC

        Plaintiff,

        v.

THE SENECA NATION OF INDIANS

        Defendant.

_____

Civil Case No. 1:06-cv001303 (RCL)

## DEFENDANT'S MOTION TO STAY

Pursuant to the tribal court exhaustion doctrine, see *Iowa Mut. Ins. Co. v. LaPlante*, 480 U.S. 9 (1987), and *Nat'l Farmers Union Ins. Cos. v. Crow Tribe of Indians*, 471 U.S. 845 (1985), Defendant Seneca Nation of Indians (the "Nation") respectfully requests that the Court stay all proceedings in this duplicative action pending Plaintiff LECG, LLC's ("LECG") exhaustion of remedies in an action previously-filed by the Nation in the Seneca Nation of Indians Peacemakers Court ("Peacemakers Court"), and involving the same questions of law and fact that LECG seeks to litigate here.[1]  As set forth in detail in the accompanying *Statement of Points and Authorities in Support of Defendant's Motion to Stay*, the exhaustion doctrine bars LECG's transparent attempt to circumvent the jurisdiction of the Peacemakers Court, and requires that this Court stay its hand until the courts of the Seneca Nation have had a full and fair opportunity to

---

[1] Undersigned counsel has discussed this motion with counsel for LECG, who has indicated that LECG will oppose the motion.

determine their jurisdiction, and, if they find such jurisdiction to exist, to adjudicate the merits of the dispute between the Nation and LECG.  Accordingly, the Nation moves to stay all proceedings in this action pending LECG's exhaustion of remedies in the courts of the Seneca Nation.

Respectfully submitted this 3rd day of October, 2006.

KANJI & KATZEN, PLLC

/s/ Riyaz A. Kanji_____

| | |
|---|---|
| Robert Odawi Porter | Riyaz A. Kanji (D.C. Bar No. 455165) |
| Senior Policy Advisor and Counsel | Kanji & Katzen, PLLC |
| Christopher Karns | 101 North Main Street |
| Deputy Counsel | Suite 555 |
| Seneca Nation of Indians | Ann Arbor, Michigan 48104 |
| Post Office Box 231, Seneca Nation | Ph:   (734)-769-5400 |
| Salamanca, New York 14779 | Fax: (734)-769-2701 |
| Ph:   (716) 945-1790 | Email: rkanji@kanjikatzen.com |
| Fax: (716) 945-6869 | |
| | Phillip E. Katzen |
| | Cory Albright |
| | KANJI & KATZEN, PLLC |
| | 100 South King Street, Suite 560 |
| | Seattle, Washington 98104 |
| | Ph:   (206) 344-8100 |

*Counsel for Seneca Nation of Indians*