# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

LECG, LLC

       Plaintiff,

   v.

THE SENECA NATION OF INDIANS

       Defendant.

_____

Civil Case No. 1:06-cv001303 (RCL)

# DECLARATION OF RIYAZ A. KANJI
# IN SUPPORT OF DEFENDANT'S MOTION TO STAY

Riyaz A. Kanji declares that the attached are true and correct copies of the following documents:

1)    Resolution of the Council of the Seneca Nation of Indians Re: Appointment of an Independent Counsel to Investigate the Nation's Casino Development and Management (Nov. 13, 2004).

2)    Resolution of the Council of the Seneca Nation of Indians Re: Clarification and Reaffirmation of Appointment of Independent and Special Counsels/Resolution/Approval (Jan. 8, 2005).

3)    LECG, LLC Invoice #40915, Re: Seneca Nation of Indians, Services Rendered Through November 30, 2004.

4)    Letter from J. Geoffrey Colton to Mark E. Nagle dated November 29, 2004 Re: Internal accounting investigation for Seneca Nation of Indians.

    5)    LECG, LLC Invoice #44832, Re: Seneca Nation of Indians, Services Rendered Through April 30, 2005.

    6)    LECG, LLC Invoice #43727, Re: Seneca Nation of Indians, Services Rendered Through March 31, 2005.

    7)    LECG, LLC Invoice #42748, Re: Seneca Nation of Indians, Services Rendered Through February 28, 2005.

    8)    LECG, LLC Invoice #42199, Re: Seneca Nation of Indians, Services Rendered Through January 31, 2005.

    9)    LECG, LLC Invoice #41542, Re: Seneca Nation of Indians, Services Rendered Through December 31, 2004.

    10)    Letter from Mark E. Nagle to Maurice A. John dated January 25, 2005 Re: LECG, LLC Billing.

    11)    Checks from the Seneca Nation of Indians to the Order of LECG, LLC dated December 20, 2004, February 25, 2005, March 11, 2005, and April 1, 2005.

    12)    Letter from Roscoe C. Howard, Jr. to Martin Seneca dated April 27, 2005.

    13)    Letter from John I. Salomon to Roscoe Howard dated April 26, 2005.

    14)    Letter from Robert Odawi Porter to Catherine J. McEnearney dated September 2, 2005 Re: Outstanding Invoices.

    15)    Demand for Arbitration dated October 27, 2005 filed by Claimant LECG, LLC against Respondent the Seneca Nation of Indians.

    16)    Letter from Robert Odawi Porter to Jessica Centeno dated November 22, 2005 Re: Response to Arbitration Demand of LECG, LLC.

17) Letter from Robert Odawi Porter to Joseph C. Edmonds dated January 17, 2006 Re: Response to Notice of Commencement of Arbitration.

18) Letter from John F. Cambria to Jessica Centeno dated December 1, 2005 Re: LECG, LLC v. The Seneca Nation of Indians.

19) Email from Joseph C. Edmonds to Robert Porter dated January 18, 2006 Re: LECG, LLC vs. The Seneca Nation of Indians – REF# 1420015562.

20) Letter from Kimya S.P. Johnson to Robert O. Porter dated January 10, 2006 Re: LECG, LLC v. The Seneca Nation of Indians: A JAMS Arbitration Ref. no. 1420015562.

21) Complaint, January 23, 2006, CA# 0125-06-1, Seneca Nation of Indians vs. Judicial Arbitration & Mediation Services, Inc. (JAMS) and LECG, LLC.

22) Order to Show Cause, January 25, 2006, CA# 0125-06-1, Seneca Nation of Indians vs. Judicial Arbitration & Mediation Services, Inc. (JAMS) and LECG, LLC.

23) Amended Order to Show Cause, February 14, 2006, CA# 0125-06-1, Seneca Nation of Indians vs. Judicial Arbitration & Mediation Services, Inc. (JAMS) and LECG, LLC.

24) Letter from Thomas C. Brady to John F. Cambria dated February 7, 2006 Re: Seneca Nation of Indians v. JAMS and LECG, LLC.

25) Letter from John F. Cambria to Thomas C. Brady dated July 18, 2006 Re: LECG, LLC v. The Seneca Nation of Indians.

26) Second Amended Order to Show Cause, July 24, 2006, CA# 0125-06-1, Seneca Nation of Indians vs. Judicial Arbitration & Mediation Services, Inc. (JAMS) and LECG, LLC.

27) Letter from John F. Cambria to the Honorable Norma Kennedy and the Honorable Margaret Abrams dated August 1, 2006.

28) Letter from John F. Cambria to the Honorable Norma Kennedy and the Honorable Margaret Abrams dated August 11, 2006.

29) Order, August 30, 2006, CA# 0125-06-1, Seneca Nation of Indians vs. Judicial Arbitration & Mediation Services, Inc. (JAMS) and LECG, LLC.

30) Letter from John F. Cambria to the Honorable Norma Kennedy and the Honorable Margaret Abrams dated September 25, 2006.

I DECLARE UNDER PENALTY OF PERJURY that the foregoing statements are true and correct.

Respectfully submitted this 3rd day of October, 2006.

        KANJI & KATZEN, PLLC

        s/ RIYAZ A. KANJI
        Riyaz A. Kanji (D.C. Bar No. 455165)
        Kanji & Katzen, PLLC
        101 North Main Street
        Suite 555
        Ann Arbor, Michigan 48104
        Ph: (734)-769-5400
        Fax: (734)-769-2701
        Email: rkanji@kanjikatzen.com