# ATTACHMENT 3

# LeCG

**LECG, LLC**
1725 Eye St., NW, Suite 800
Washington DC 20006
(202) 466-4422
Tax I.D. #94-3370415

Mark E. Nagle
Sheppard, Mullin, Richter & Hampton LLP
Eleventh Floor East, 1300 I Street, NW
Washington, D.C. 20005-3314

December 21, 2004

senec-13787 JIS
Invoice # 40915

Re:  Seneca Nation of Indians

Services Rendered Through November 30, 2004

| | |
|---|---|
| Professional Services | $ 7,355.50 |
| Expenses Incurred | 552.40 |
| **Current Charges** | $ 7,907.90 |

AMOUNTS ARE STATED IN U.S. DOLLARS

Please direct any questions regarding this invoice to Sandra Johnson at (202) 466-4422.

Please remit payments by check to:

LECG, LLC
P.O. Box 952423
St. Louis, MO 63195

Please remit payments by wire to:

U.S. Bank
Account Name: LECG, LLC
ABA#: 123000848
Acct#: 1539-1001-1995
1-866-422-1076

# LECG

Sheppard, Mullin, Richter & Hampton LLP  
Re: Seneca Nation of Indians  
Services Rendered Through November 30, 2004

Invoice # 40915  
senec-13787 JIS

**PROFESSIONAL SERVICES**

|  | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Expert |  |  |  |
| John Salomon | 595.00 | 3.90 | 2,320.50 |
| Daniel Regard | 550.00 | 2.00 | 1,100.00 |
| David Painter | 440.00 | 1.00 | 440.00 |
| Sr. Managing Consultant |  |  |  |
| Paul Anderson | 345.00 | 7.00 | 2,415.00 |
| Research Analyst | 140.00 | 6.50 | 910.00 |
| Sr. Researcher | 170.00 | 1.00 | 170.00 |
| **Total Professional Services** |  | **21.40** | **7,355.50** |

**EXPENSES**

| | |
|---|---|
| Photocopies | 552.40 |
| **Total Expenses** | **552.40** |
| **Total Current Charges** | **$ 7,907.90** |

2

# LECG

Sheppard, Mullin, Richter & Hampton LLP  
Re: Seneca Nation of Indians  
Services Rendered Through November 30, 2004

Invoice # 40915  
senec-13787 JIS

| Date | Role | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 11/22/04 | Expert | Participated in conference call with Sheppard Mullin attorneys and other LECG personnel. Discussed issues with other LECG personnel. | 1.00 |
| 11/22/04 | Expert | Telephone call with counsel and research. | 1.60 |
| 11/22/04 | Sr. Managing Consultant | Participate in conference call with counsel and other LECG personnel. Review press and SEC filings. Review draft engagement letter. | 3.75 |
| 11/22/04 | Sr. Researcher | Collected data. | 0.50 |
| 11/22/04 | Research Analyst | Researched relevant case and industry information. | 4.00 |
| 11/23/04 | Expert | Project planning. | 1.25 |
| 11/23/04 | Sr. Managing Consultant | Review press and SEC filings. | 1.25 |
| 11/23/04 | Sr. Researcher | Collected data. | 0.50 |
| 11/23/04 | Research Analyst | Researched relevant case and industry information. | 2.50 |
| 11/24/04 | Expert | Review of history of case and available information. | 2.30 |
| 11/29/04 | Expert | Project planning. | 0.75 |
| 11/30/04 | Sr. Managing Consultant | Review press and SEC filings. | 2.00 |
| | | **Professional Services** | **21.40** |

3