# ATTACHMENT 5

# LECG, LLC
*1725 Eye St., NW, Suite 800*
*Washington DC 20006*
*(202) 466-4422*
*Tax I.D. #94-3370415*

Mark E. Nagle
Sheppard, Mullin, Richter & Hampton LLP
Eleventh Floor East, 1300 I Street, NW
Washington, D.C. 20005-3314

May 23, 2005

senec-13787 JIS
Invoice # 44832

---

**Re:  Seneca Nation of Indians**

Services Rendered Through April 30, 2005

|  |  |  |
|---|---|---:|
| Professional Services | $ | 72,827.50 |
| Expenses Incurred | | 12,073.40 |
| **Current Charges** | $ | **84,900.90** |
| **Balance Forward** | | |
| Invoice # 42748 | - dated 03/08/05 | 199,798.62 |
| Invoice # 43727 | - dated 04/14/05 | 531,109.10 |
| **Balance Due** | $ | **815,808.62** |

AMOUNTS ARE STATED IN U.S. DOLLARS

Please direct any questions regarding this invoice to Sandra Johnson at (202) 466-4422.

Please remit payments by check to:

LECG, LLC
P.O. Box 952423
St. Louis, MO 63195

Please remit payments by wire to:

U.S. Bank
Account Name:  LECG, LLC
ABA#: 123000848
Acct#: 1539-1001-1995
1-866-422-1076

Sheppard, Mullin, Richter & Hampton LLP
Re: Seneca Nation of Indians
Services Rendered Through April 30, 2005

Invoice # 44832
senec-13787 JIS

## PROFESSIONAL SERVICES

| | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Expert | | | |
| John Salomon | 595.00 | 15.00 | 8,925.00 |
| | | | |
| Principal | | | |
| David Bloch | 475.00 | 24.50 | 11,637.50 |
| Steven Wolf | 475.00 | 10.20 | 4,845.00 |
| | | | |
| Sr. Consultant | | | |
| John DeLuca | 320.00 | 58.75 | 18,800.00 |
| Leah Jones | 300.00 | 1.50 | 450.00 |
| Sean Walsh | 295.00 | 73.00 | 21,535.00 |
| | | | |
| Consultant | | | |
| Charles Platt | 300.00 | 7.55 | 2,265.00 |
| Iva Lamanna | 295.00 | 6.00 | 1,770.00 |
| | | | |
| Associate | 200.00 | 3.25 | 650.00 |
| | | | |
| Research Analyst | 150.00 | 13.00 | 1,950.00 |
| | | | |
| **Total Professional Services** | | **212.75** | **72,827.50** |

2

Sheppard, Mullin, Richter & Hampton LLP
Re: Seneca Nation of Indians
Services Rendered Through April 30, 2005

Invoice # 44832
senec-13787 JIS

## EXPENSES

| | |
|---|---:|
| Travel: Airfare | 3,534.52 |
| Photocopies | 73.60 |
| Computer Supplies | 1,232.95 |
| Research & Data Retrieval | 2,096.74 |
| Express Messenger/Courier | 156.23 |
| Fax Charge | 72.50 |
| Travel: Taxi, Car Rental, Toll, Public Tran | 595.81 |
| Meals: Business | 452.08 |
| Travel: Mileage, Taxi, Car Rental, Toll | 155.47 |
| Photocopies, Outside Services | 2,871.15 |
| Travel: Supplies | 49.77 |
| Travel: Parking | 130.75 |
| Publications | 5.19 |
| Supplies | 42.00 |
| Travel: Lodging | 604.64 |
| **Total Expenses** | **12,073.40** |
| **Total Current Charges** | **$ 84,900.90** |

3

Sheppard, Mullin, Richter & Hampton LLP
Re: Seneca Nation of Indians
Services Rendered Through April 30, 2005

Invoice # 44832
senec-13787 JIS

Members from LECG's National Forensic Accounting Practice (NFAP), working closely with LECG's Electronic Discovery Practice (EDP), and under the direction of the Independent Counsel, developed a strategic forensic accounting and electronic discovery work-plan based on the Independent Counsel's mandate from the Seneca Nation of Indians. EDP's strategic initiatives included technical systems/architecture assessment, identification and preservation of electronic data, e-mail/user file extraction, forensic analysis, document review, and financial data analysis. EDP imaged 25 hard drives. 821 gigabytes of data were stored, verified, and backed up for safeguarding and future forensic examination; 297,964 e-mail messages were extracted and reviewed from servers and hard drives; 30,026 user created files were identified and searched for keywords; 236,717 lines of general ledger data were loaded and analyzed; and 74 Klewin financial records were reviewed. The primary goal of all efforts was to facilitate the analysis and review of electronic information by the NFAP.

Systems Assessment - EDP investigators interviewed casino technical staff to gain a thorough understanding of SNFC/SNFGC technical infrastructure. This included identification of all enterprise applications supporting business operations, corporate email solutions, financial reporting packages, hardware configuration, asset management policies and procedures, backup and retention cycles, and available archives. The assessment is the foundation for developing a preservation plan and ultimately lead to specific data requests made by NFAP Team member to conduct their reviews.

Preservation - Based on systems assessment, potentially relevant data stores were identified for preservation. Using industry standard forensic tools on-site forensic imaging was conducted in multiple locations to secure desktop computer information. Additionally, the EDP worked with SNFC/SNFGC and KLEWIN IT representatives to export financial information from live systems. The forensic images were verified and secured in our Washington, DC Forensics Lab. The financial data was loaded into our secure database systems and made available for forensic review by NFAP.

Data Extraction - User-created files stored locally on desktop hard drives were identified and extracted using industry standardized forensic procedures to ensure the preservation and authenticity of all metadata. User created files included (but were not limited to) word processing documents, spreadsheets, localized databases, email files, portable document format files, and text documents. A file inventory was created for each subject. Data was reviewed and analyzed by NFAP.

Forensic Analysis - All forensic analysis was conducted using courtroom tested methodology's to ensure legal admissibility. Forensic tools utilized were independently verified. Chain of custody was documented during all portions of the examination. All data was backed up and verified on-site.

4

Sheppard, Mullin, Richter & Hampton LLP
Re: Seneca Nation of Indians
Services Rendered Through April 30, 2005

Invoice # 44832
senec-13787 JIS

Document Review - Files extracted were categorized by subject and file type for review. A list of keywords was created and revised. All files extracted were searched for keywords. Files with keyword hits were identified and flagged for review. Flagged files were then reviewed by file type using the appropriate viewer. Files deemed relevant were isolated for further analysis both by EDP and by NFAP members.

Financial Data Analysis - Loaded all SNFC/SNFGC and KLEWIN financial data into secure LECG data analysis environment. EDP then worked directly with NFAP to facilitate analysis and reporting (GL report, job cost comparison/reconciliation, JE detail, etc.). EDP continues to run reports to facilitate NFAP's forensic analysis.

NFAP - In addition to analyzing, reviewing, scheduling  all of the electronically collected noted above, the NFAP Team reviewed thousands of pages of hard copy documents. NFAP conducted reviews of draft contracts/contracts in connection with the Klewin/JCJ Design Build process; reviewed all materials provided by the Akin, Gump law firm in connection with work performed on behalf of the Seneca Nation; analyzed and reviewed all correspondence, including correspondence with the NIGC, minutes of meetings, analyzed contacts between the General Contractor, subcontractors, and the Nation; reviewed the Compact as well as historical and regulatory information in connection with the development of the SNF Casino; collected, reviewed and analyzed all aspects of the financing and available credit facilities in connection with selection of a lender for the project. NFAP Team members analyzed General Ledger data, Journal Entry data, analyzed subcontractor contracts, analyzed subcontractor change orders, conducted job cost comparisons and performed numerous accounting reconciliations in the analysis of costs incurred by the Nation. A full review of all public filings with the Securities and Exchange Commission (SEC) was conducted.  NFAP Team members additionally assisted counsel in conducting interviews of witnesses in the field.