# ATTACHMENT 8

LECG

**LECG, LLC**
1725 Eye St., NW, Suite 800
Washington DC 20006
(202) 466-4422
Tax I.D. #94-3370415

Mark E. Nagle
Sheppard, Mullin, Richter & Hampton LLP
Eleventh Floor East, 1300 I Street, NW
Washington, D.C. 20005-3314

February 11, 2005

senec-13787 JIS
Invoice # 42199

Re: Seneca Nation of Indians

Services Rendered Through January 31, 2005

| | | | |
|---|---|---|---|
| Professional Services | | $ | 224,470.50 |
| Expenses Incurred | | | 5,364.45 |
| **Current Charges** | | $ | **229,834.95** |
| Balance Forward | | | |
| Invoice # 40690 | - dated 12/21/04 | | 7,907.90 |
| Invoice # 41257 | - dated 01/21/05 | | 22,796.54 |
| **Balance Due** | | $ | 260,539.39 |

AMOUNTS ARE STATED IN U.S. DOLLARS

Please direct any questions regarding this invoice to Sandra Johnson at (202) 466-4422.

Please remit payments by check to:

LECG, LLC
P.O. Box 952423
St. Louis, MO 63195

Please remit payments by wire to:

U.S. Bank
Account Name: LECG, LLC
ABA#: 123000848
Acct#: 1539-1001-1995
1-866-422-1076

# LECG

Sheppard, Mullin, Richter & Hampton LLP
Re: Seneca Nation of Indians
Services Rendered Through January 31, 2005

Invoice # 42199
senec-13787 JIS

## PROFESSIONAL SERVICES

|  | RATE | HOURS | AMOUNT |
|---|---:|---:|---:|
| **Expert** |  |  |  |
| John Salomon | 595.00 | 80.30 | 47,778.50 |
| Daniel Regard | 550.00 | 13.50 | 7,425.00 |
| Neal Lawson | 450.00 | 18.00 | 8,100.00 |
| David Painter | 440.00 | 1.00 | 440.00 |
| **Principal** |  |  |  |
| David Bloch | 475.00 | 39.50 | 18,762.50 |
| Mr. James Vaughn | 425.00 | 53.00 | 22,525.00 |
| **Sr. Managing Consultant** |  |  |  |
| Paul Anderson | 370.00 | 47.75 | 17,667.50 |
| Jamie Gilpin | 325.00 | 16.00 | 5,200.00 |
| **Managing Consultant** |  |  |  |
| Kirk Blackman | 350.00 | 91.00 | 31,850.00 |
| Courtney Fletcher | 275.00 | 7.00 | 1,925.00 |
| **Sr. Consultant** |  |  |  |
| Leah Jones | 300.00 | 14.00 | 4,200.00 |
| Sean Walsh | 295.00 | 102.00 | 30,090.00 |
| Darius Singpurwalla | 250.00 | 12.00 | 3,000.00 |
| Jonathan Karchmer | 240.00 | 18.00 | 4,320.00 |
| Karen Sweetland | 240.00 | 71.05 | 17,052.00 |
| Kevin Lo | 145.00 | 19.00 | 2,755.00 |
| Associate | 160.00 | 2.00 | 320.00 |
| Research Analyst | 150.00 | 1.00 | 150.00 |
| Sr. Researcher | 170.00 | 0.75 | 127.50 |
| Case Associate | 95.00 | 7.50 | 712.50 |
| Case Assistant | 70.00 | 1.00 | 70.00 |
| **Total Professional Services** |  | **615.35** | **224,470.50** |

# LECG

Sheppard, Mullin, Richter & Hampton LLP  
Re: Seneca Nation of Indians  
Services Rendered Through January 31, 2005

Invoice # 42199  
senec-13787 JIS

**EXPENSES**

| | |
|---|---:|
| Travel: Airfare | 2,566.60 |
| Photocopies | 249.80 |
| Meals: Business | 990.67 |
| Travel: Mileage, Taxi, Car Rental, Toll | 816.42 |
| Travel: Parking | 56.25 |
| Travel: Lodging | 684.71 |
| **Total Expenses** | **5,364.45** |
| **Total Current Charges** | **$ 229,834.95** |

3

# LECG

Sheppard, Mullin, Richter & Hampton LLP  
Re: Seneca Nation of Indians  
Services Rendered Through January 31, 2005

Invoice # 42199  
senec-13787 JIS

| Date | Role | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 01/03/05 | Expert | Review/analyze client-collected data. Processing and extraction or AS/400 Infinium GL backups. | 3.25 |
| 01/03/05 | Principal | Historical review of SGC/STGC/SNFGC information. | 0.50 |
| 01/03/05 | Research Analyst | Reviewed case materials. | 1.00 |
| 01/05/05 | Expert | Review of minutes. | 1.00 |
| 01/05/05 | Expert | Continued processing and extraction of GL data, follow-up request for email data. Review/analyze client-collected data. | 2.75 |
| 01/05/05 | Principal | Historical review of Nation's casino development including background info. | 1.50 |
| 01/05/05 | Principal | Historical review of Nation's casino development including background info. | 0.75 |
| 01/05/05 | Sr. Managing Consultant | Reviewed case materials. | 9.25 |
| 01/05/05 | Case Associate | Provided administrative support. | 0.25 |
| 01/06/05 | Sr. Managing Consultant | Travel to Seneca Niagara Falls Casino, prepare and participate in interview of J. Thompson, return travel to BWI. | 10.00 |
| 01/07/05 | Expert | Client meeting at Sheppard Mullin. | 2.50 |
| 01/07/05 | Expert | Discussion with Paul Anderson relating to John Thompson and proposed work plan. | 1.00 |
| 01/07/05 | Expert | Prepare for and attend meeting with counsel. | 4.00 |
| 01/07/05 | Principal | Meeting with counsel and follow-up with LECG team. | 4.00 |
| 01/10/05 | Expert | Electronic discovery and acquisition planning. | 1.25 |
| 01/10/05 | Expert | Review workplan and coordinate travel for trip to Cattaragus NY Brief Kirk Blackman and project and update. | 3.90 |

# LECG

Sheppard, Mullin, Richter & Hampton LLP  
Re: Seneca Nation of Indians  
Services Rendered Through January 31, 2005

Invoice # 42199  
senec-13787 JIS

| Date | Role | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 01/10/05 | Principal | Meeting with Anderson to discuss financing arrangements, Asher Capital, time line of events. | 0.75 |
| 01/10/05 | Sr. Managing Consultant | Discussions with D. Bloch regarding financing issues and discussions with J. Salomon and J. Salomon and counsel regarding engagement planning. | 2.50 |
| 01/11/05 | Expert | Participated in conference call with Sheppard Mullin attorneys and other LECG personnel. | 1.00 |
| 01/11/05 | Expert | Electronic discovery planning | 3.00 |
| 01/11/05 | Expert | Meeting with Counsel and preparation for that meeting | 3.00 |
| 01/11/05 | Principal | Meeting with counsel. Review of Brown doc index. Follow-up with LECG team. | 3.00 |
| 01/11/05 | Sr. Managing Consultant | Attend status meeting. | 1.75 |
| 01/11/05 | Managing Consultant | Reviewed case materials. | 8.00 |
| 01/11/05 | Case Associate | Provided administrative support. | 1.00 |
| 01/12/05 | Expert | Site visit for the purpose of document review and interviews. | 12.00 |
| 01/12/05 | Principal | Team preparation for on-site client visit. | 1.50 |
| 01/12/05 | Sr. Managing Consultant | Reviewed case materials. Discuss engagement background with S. Walsh. | 1.00 |
| 01/12/05 | Managing Consultant | Met with Keith Lucas, Natalie Hemlock, Seneca Tribal Council members in Salamanca, NY. | 8.00 |
| 01/12/05 | Sr. Consultant | Review/analyze LECG collected data. | 8.00 |
| 01/13/05 | Principal | Team preparation for on-site client visit. | 1.50 |
| 01/13/05 | Managing Consultant | Drafted memo from Salamanca interviews. | 2.00 |
| 01/13/05 | Managing Consultant | Reviewed case materials at office of Sheppard Mullin. | 6.00 |

5

# LECG

Sheppard, Mullin, Richter & Hampton LLP
Re: Seneca Nation of Indians
Services Rendered Through January 31, 2005

Invoice # 42199
senec-13787 JIS

| Date | Role | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 01/13/05 | Sr. Consultant | Review/analyze client-collected data. | 8.00 |
| 01/13/05 | Associate | Reviewed case materials. | 2.00 |
| 01/14/05 | Expert | Plan field work for Niagara Falls and Buffalo. | 4.00 |
| 01/14/05 | Sr. Managing Consultant | Discussions with staff re: scheduling, document review and tasks. Discussions with D. Seikaly. | 1.50 |
| 01/14/05 | Managing Consultant | Prepare GL files and data dictionaries for delivery. | 1.75 |
| 01/14/05 | Managing Consultant | Reviewed case materials including SEC docs, Compact, and other documents. | 7.00 |
| 01/14/05 | Managing Consultant | Researched relevant case and industry information. | 1.00 |
| 01/14/05 | Sr. Consultant | Prep for travel. | 2.60 |
| 01/14/05 | Sr. Consultant | Review/analyze client-collected data. | 8.00 |
| 01/14/05 | Case Assistant | Provide administrative support. | 1.00 |
| 01/14/05 | Case Associate | Provided administrative support. | 1.50 |
| 01/17/05 | Expert | Field acquisition planning and coordination. | 2.50 |
| 01/17/05 | Principal | Paperwork preparation, last minute prep work for next day visit to client site. | 2.00 |
| 01/17/05 | Sr. Consultant | Preparation for imaging trip. | 2.20 |
| 01/17/05 | Sr. Consultant | Project preparation. | 1.00 |
| 01/18/05 | Expert | Field acquisition management and coordination. | 1.50 |
| 01/18/05 | Expert | Review documents/data. Travel to Niagara Falls and meeting with E-Discovery team. | 5.00 |
| 01/18/05 | Expert | Project team management. On-site project management for preservation and forensic imaging activities. Includes travel to and from site. | 12.00 |
| 01/18/05 | Principal | On-scene data preservation in Niagara Falls. | 12.00 |

# LECG

Sheppard, Mullin, Richter & Hampton LLP
Re: Seneca Nation of Indians
Services Rendered Through January 31, 2005

Invoice # 42199
senec-13787 JIS

| Date | Role | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 01/18/05 | Sr. Managing Consultant | Computer Forensics work in Salamanca, NY. | 12.00 |
| 01/18/05 | Sr. Managing Consultant | Review case materials. Review files of M. Brown in Niagara Falls, NY. | 8.00 |
| 01/18/05 | Managing Consultant | Developed exhibits for expert report. | 6.00 |
| 01/18/05 | Managing Consultant | Researched relevant case and industry information. | 2.00 |
| 01/18/05 | Sr. Consultant | On site imaging at Niagara site, 20 computers. | 14.25 |
| 01/18/05 | Sr. Consultant | Project travel. From Toronto > Buffalo > Salamanca > Niagara NY. | 7.50 |
| 01/18/05 | Sr. Consultant | Prepared final report. Evidence collection. Bit-stream imaging of Computer hard drives. | 5.00 |
| 01/18/05 | Sr. Consultant | Project team meeting/communication. | 1.50 |
| 01/18/05 | Sr. Consultant | Imaging PC's for Seneca Case. | 10.00 |
| 01/18/05 | Sr. Consultant | Project travel. Collected data. | 9.00 |
| 01/18/05 | Sr. Researcher | Collected data. | 0.50 |
| 01/18/05 | Case Associate | Provided administrative support. Transferred data from disc to network. | 2.00 |
| 01/19/05 | Expert | Field acquisition management and coordination. | 1.00 |
| 01/19/05 | Expert | Review documents/data. Various in-person interview. | 9.00 |
| 01/19/05 | Principal | Data preservation, return to Washington DC. | 8.00 |
| 01/19/05 | Managing Consultant | Review/analyze client-collected data. Developed exhibits for expert report. | 6.00 |
| 01/19/05 | Sr. Consultant | On site imaging and travel for Niagara site, 20 computers. | 13.00 |
| 01/19/05 | Sr. Consultant | Project travel. Returning to Toronto. | 4.00 |
| 01/19/05 | Sr. Consultant | PC Imaging. | 2.00 |
| 01/19/05 | Sr. Consultant | Collected data. | 8.00 |

7

# LECG

Sheppard, Mullin, Richter & Hampton LLP  
Re: Seneca Nation of Indians  
Services Rendered Through January 31, 2005

Invoice # 42199  
senec-13787 JIS

| Date | Role | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 01/19/05 | Sr. Researcher | Collected data. | 0.25 |
| 01/20/05 | Expert | Data analysis management and coordination for G/L information. | 1.50 |
| 01/20/05 | Expert | Review construction documents. Meetings with Klewin Construction and E&Y. | 8.00 |
| 01/20/05 | Principal | Project oversight and coordination of file extraction process from collected data. | 4.00 |
| 01/20/05 | Principal | (Buffalo) interview of Keith Kabeary, Cindy Ruscitto, document review. | 8.00 |
| 01/20/05 | Managing Consultant | Review cd that contains 144 csv's which represent GL system. | 2.00 |
| 01/20/05 | Sr. Consultant | Extractions and backup verification for on site imaging. | 7.20 |
| 01/20/05 | Sr. Consultant | Collected data. Project travel. | 9.00 |
| 01/21/05 | Expert | Data analysis management and coordination for G/L information. | 0.25 |
| 01/21/05 | Expert | Review of information received and coordination of team meeting for Monday (1/24). | 4.00 |
| 01/21/05 | Principal | Project oversight of file extractions, summary of work to date, proposal for phase one computer forensic analysis. | 4.00 |
| 01/21/05 | Managing Consultant | Reviewed case materials. | 8.00 |
| 01/21/05 | Sr. Consultant | Extractions and backup verification for on site imaging. | 8.50 |
| 01/21/05 | Sr. Consultant | Review/analyze client-collected data. | 8.00 |
| 01/22/05 | Principal | Developed a computer forensic proposal for a phase one preliminary analysis. | 2.00 |
| 01/24/05 | Expert | Team meeting and document review. | 4.20 |
| 01/24/05 | Principal | Team conference call to provide an overall summary of actions taken to date. | 2.00 |

8

# LECG

Sheppard, Mullin, Richter & Hampton LLP
Re: Seneca Nation of Indians
Services Rendered Through January 31, 2005

Invoice # 42199
senec-13787 JIS

| Date | Role | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 01/24/05 | Principal | Case management. Coordination of phase one computer forensic analysis. | 2.00 |
| 01/24/05 | Principal | Team meeting with Salomon, Anderson, Lawson, Blackman, Walsh re: review of investigation and assignments | 2.00 |
| 01/24/05 | Principal | Meeting with Blackman and Walsh re: filings, Freemantle agreement | 0.50 |
| 01/24/05 | Principal | Meeting with Anderson re: interim loan agreement | 0.50 |
| 01/24/05 | Principal | Review of SEC filings. | 2.50 |
| 01/24/05 | Principal | Meeting with Blackman re: creation of annotated timeline, Akin Gum correspondence, NIGC correspondence. | 0.50 |
| 01/24/05 | Sr. Managing Consultant | Discussions regarding Project Vegas and planning for GL analysis. | 2.00 |
| 01/24/05 | Sr. Managing Consultant | Status meeting with engagement team. | 2.00 |
| 01/24/05 | Managing Consultant | Work with F Zamirripa to import data into SQL database. Conference with team about status of imports and report anomalies with two of the files received from client. | 2.75 |
| 01/24/05 | Managing Consultant | Project coordination. Project team meeting/communication. | 2.00 |
| 01/24/05 | Managing Consultant | Analyzed financial data/model. | 6.00 |
| 01/24/05 | Sr. Consultant | Backup verification, copying images to server, uploading extractions to server. | 8.40 |
| 01/24/05 | Sr. Consultant | Team meeting on case. Reviewed documents providing background of industry and case related information. | 8.00 |
| 01/25/05 | Expert | Meet with counsel to prepare for meeting with client. | 6.20 |
| 01/25/05 | Principal | Phase one computer forensic analysis. | 6.00 |

9

# LECG

Sheppard, Mullin, Richter & Hampton LLP  
Re: Seneca Nation of Indians  
Services Rendered Through January 31, 2005

Invoice # 42199  
senec-13787 JIS

| Date | Role | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 01/25/05 | Principal | Reviewed documents. | 2.00 |
| 01/25/05 | Principal | LECG & Sheppard teams -- meeting in anticipation of 60 day presentation on 1/27 to Nation. | 3.00 |
| 01/25/05 | Sr. Managing Consultant | Group meeting/conference call regarding status of various phases of Project Vegas. Interfacing with IT regarding setup of data on SQL server. | 2.00 |
| 01/25/05 | Sr. Managing Consultant | Participate in working session with counsel and review of client materials. | 6.00 |
| 01/25/05 | Managing Consultant | Conference with team about status of imaging of systems and the beginning of analyzing drives. Also discussed status of GL imports. | 0.50 |
| 01/25/05 | Managing Consultant | Presentation preparation. | 8.00 |
| 01/25/05 | Sr. Consultant | Backups created, uploaded to server, documentation, discussion of forensic profile plan. | 7.40 |
| 01/25/05 | Sr. Consultant | Prepare action item list for forensic profiling. Begin analysis of imaged computer media. | 4.00 |
| 01/25/05 | Sr. Consultant | Reviewed documents. | 4.00 |
| 01/25/05 | Sr. Consultant | Presentation preparation. | 8.00 |
| 01/25/05 | Case Associate | Provided administrative support. | 2.25 |
| 01/26/05 | Expert | Prepare for meeting with Council. | 5.00 |
| 01/26/05 | Principal | Phase one computer forensic analysis. | 6.00 |
| 01/26/05 | Principal | Review of senior secured notes offering. | 3.00 |
| 01/26/05 | Sr. Managing Consultant | Review and analysis of case materials. Prepare presentation materials. | 5.75 |
| 01/26/05 | Managing Consultant | Review/analyze client-collected data. Meeting/telephone call with client/client's rep. Regarding upcoming presentation. | 5.00 |
| 01/26/05 | Managing Consultant | Review/analyze client-collected data. | 4.00 |

# LECG

Sheppard, Mullin, Richter & Hampton LLP  
Re: Seneca Nation of Indians  
Services Rendered Through January 31, 2005

Invoice # 42199  
senec-13787 JIS

| Date | Role | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 01/26/05 | Sr. Consultant | Continue profiling of forensic images, complete action item list for computer custodians. | 3.00 |
| 01/26/05 | Sr. Consultant | Reviewed documents. | 10.00 |
| 01/26/05 | Sr. Consultant | Presentation preparation. | 8.00 |
| 01/26/05 | Case Associate | Provided administrative support. | 0.50 |
| 01/27/05 | Expert | Prepare for and attend meeting with Council. | 10.00 |
| 01/27/05 | Principal | Phase one computer forensic analysis. | 2.00 |
| 01/27/05 | Principal | Review of MD & A; FS for 9/30/02 & 9/30/03; reviewed NIGC correspondence. | 3.50 |
| 01/27/05 | Managing Consultant | Presentation preparation. | 4.00 |
| 01/27/05 | Sr. Consultant | Seneca backups and uploading to server, working copies created | 7.50 |
| 01/27/05 | Sr. Consultant | Continue profiling of forensic images. Export relevant data and reports. Create summary spreadsheet of computer OS installation dates and disk information. | 6.50 |
| 01/27/05 | Sr. Consultant | Review/analyze client-collected data. | 8.00 |
| 01/28/05 | Principal | Review of financing docs, review of notes to financial statements | 3.50 |
| 01/28/05 | Sr. Consultant | Verify data integrity of backup drives, and drives sent from Washington DC lab. Continue profiling of forensic images. | 4.50 |
| 01/28/05 | Sr. Consultant | Reviewed documents. | 8.00 |
| 01/31/05 | Managing Consultant | Document research. | 6.00 |
| 01/31/05 | Managing Consultant | Met with expert to prepare for testimony. Document research. | 2.00 |
| 01/31/05 | Sr. Consultant | Review/analyze client-collected data. | 4.00 |
| | | **Professional Services** | **615.35** |

LECG

**LECG, LLC**
1725 Eye St., NW, Suite 800
Washington DC 20006
(202) 466-4422
Tax I.D. #94-3370415

Mark E. Nagle  
Sheppard, Mullin, Richter & Hampton LLP  
Eleventh Floor East, 1300 I Street, NW  
Washington, D.C. 20005-3314

February 11, 2005

senec-13787 JIS  
Invoice # 42199

Re: Seneca Nation of Indians

Services Rendered Through January 31, 2005

| | | |
|---|---|---|
| Professional Services | $ | 224,470.50 |
| Expenses Incurred | | 5,364.45 |
| **Current Charges** | $ | **229,834.95** |
| **Balance Forward** | | |
| Invoice # 40690 - dated 12/21/04 | | 7,907.90 |
| Invoice # 41257 - dated 01/21/05 | | 22,796.54 |
| **Balance Due** | $ | **260,539.39** |

AMOUNTS ARE STATED IN U.S. DOLLARS

Please direct any questions regarding this invoice to Sandra Johnson at (202) 466-4422.

Please remit payments by check to:

LECG, LLC  
P.O. Box 952423  
St. Louis, MO 63195

Please remit payments by wire to:

U.S. Bank  
Account Name: LECG, LLC  
ABA#: 123000848  
Acct#: 1539-1001-1995  
1-866-422-1076

LECG

Sheppard, Mullin, Richter & Hampton LLP  
Re: Seneca Nation of Indians  
Services Rendered Through January 31, 2005

Invoice # 42199  
senec-13787 JIS

**PROFESSIONAL SERVICES**

|  | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Expert |  |  |  |
| John Salomon | 595.00 | 80.30 | 47,778.50 |
| Daniel Regard | 550.00 | 13.50 | 7,425.00 |
| Neal Lawson | 450.00 | 18.00 | 8,100.00 |
| David Painter | 440.00 | 1.00 | 440.00 |
| Principal |  |  |  |
| David Bloch | 475.00 | 39.50 | 18,762.50 |
| James Vaughn | 425.00 | 53.00 | 22,525.00 |
| Sr. Managing Consultant |  |  |  |
| Paul Anderson | 370.00 | 47.75 | 17,667.50 |
| Jamie Gilpin | 325.00 | 16.00 | 5,200.00 |
| Managing Consultant |  |  |  |
| Kirk Blackman | 350.00 | 91.00 | 31,850.00 |
| Courtney Fletcher | 275.00 | 7.00 | 1,925.00 |
| Sr. Consultant |  |  |  |
| Leah Jones | 300.00 | 14.00 | 4,200.00 |
| Sean Walsh | 295.00 | 102.00 | 30,090.00 |
| Darius Singpurwalla | 250.00 | 12.00 | 3,000.00 |
| Jonathan Karchmer | 240.00 | 18.00 | 4,320.00 |
| Karen Sweetland | 240.00 | 71.05 | 17,052.00 |
| Kevin Lo | 145.00 | 19.00 | 2,755.00 |
| Associate | 160.00 | 2.00 | 320.00 |
| Research Analyst | 150.00 | 1.00 | 150.00 |
| Sr. Researcher | 170.00 | 0.75 | 127.50 |
| Case Associate | 95.00 | 7.50 | 712.50 |
| Case Assistant | 70.00 | 1.00 | 70.00 |
| **Total Professional Services** |  | **615.35** | **224,470.50** |

2

# LECG

Sheppard, Mullin, Richter & Hampton LLP
Re: Seneca Nation of Indians
Services Rendered Through January 31, 2005

Invoice # 42199
senec-13787 JIS

**EXPENSES**

| | |
|---|---:|
| Travel: Airfare | 2,566.60 |
| Photocopies | 249.80 |
| Meals: Business | 990.67 |
| Travel: Mileage, Taxi, Car Rental, Toll | 816.42 |
| Travel: Parking | 56.25 |
| Travel: Lodging | 684.71 |
| **Total Expenses** | **5,364.45** |
| **Total Current Charges** | **$ 229,834.95** |

LECG

Sheppard, Mullin, Richter & Hampton LLP
Re: Seneca Nation of Indians
Services Rendered Through January 31, 2005

Invoice # 42199
senec-13787 JIS

## DETAIL OF SERVICES

*Electronic Discovery*  Create electronic discovery workplan; review and analyze client-collected data; field acquisition management; preparation for imaging/acquisition of electronic data; imaging/acquisition/preservation of electronic data; data analysis and extraction for forensic investigation.

*Forensic Investigation*  Review of electronic data; review of compact/historical/regulatory information; review and analyze financing proprosals and financing; witness interviews conducted in the field; construction contract review; analyzed documents and data in connection with construction of casino.

4