# ATTACHMENT 9

# LECG

**LECG, LLC**
*1725 Eye St., NW, Suite 800*
*Washington DC 20006*
*(202) 466-4422*
*Tax I.D. #94-3370415*

Mark E. Nagle
Sheppard, Mullin, Richter & Hampton LLP
Eleventh Floor East, 1300 I Street, NW
Washington, D.C. 20005-3314

January 21, 2005

senec-13787 JIS
Invoice # 41542

Re:  **Seneca Nation of Indians**

Services Rendered Through December 31, 2004

| | | |
|---|---|---|
| Professional Services | $ | 22,563.50 |
| Expenses Incurred | | 233.04 |
| **Current Charges** | $ | **22,796.54** |
| **Balance Forward** | | |
| Invoice # 40915  - dated  12/15/04 | | 7,907.90 |
| **Balance Due** | $ | 30,704.44 |

AMOUNTS ARE STATED IN U.S. DOLLARS

Please direct any questions regarding this invoice to Sandra Johnson at (202) 466-4422.

Please remit payments by check to:

LECG, LLC
P.O. Box 952423
St. Louis, MO 63195

Please remit payments by wire to:

U.S. Bank
Account Name:  LECG, LLC
ABA#: 123000848
Acct#: 1539-1001-1995
1-866-422-1076

# LECG

Sheppard, Mullin, Richter & Hampton LLP
Re: Seneca Nation of Indians
Services Rendered Through December 31, 2004

Invoice # 41542
senec-13787 JIS

## PROFESSIONAL SERVICES

| | RATE | HOURS | AMOUNT |
|---|---|---|---|
| **Expert** | | | |
| John Salomon | 595.00 | 7.60 | 4,522.00 |
| Daniel Regard | 550.00 | 6.90 | 3,795.00 |
| Neal Lawson | 450.00 | 5.50 | 2,475.00 |
| David Painter | 440.00 | 1.00 | 440.00 |
| **Principal** | | | |
| David Bloch | 450.00 | 5.00 | 2,250.00 |
| Mr. James Vaughn | 425.00 | 15.00 | 6,375.00 |
| **Sr. Managing Consultant** | | | |
| Paul Anderson | 370.00 | 6.75 | 2,497.50 |
| **Case Associate** | 95.00 | 2.20 | 209.00 |
| **Total Professional Services** | | **49.95** | **22,563.50** |

## EXPENSES

| | | |
|---|---|---|
| Photocopies | | 38.80 |
| Research & Data Retrieval | | 187.92 |
| Express Messenger/Courier | | 6.32 |
| **Total Expenses** | | **233.04** |
| **Total Current Charges** | $ | **22,796.54** |

2

# LECG

Sheppard, Mullin, Richter & Hampton LLP
Re: Seneca Nation of Indians
Services Rendered Through December 31, 2004

Invoice # 41542
senec-13787 JIS

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 12/01/04 | Principal | Preparation for on-scene data preservation. This included staff assignments, strategy development for on-scene visits, questionnaire preparation unique to this project, and other tasks specific to this project. | 5.00 |
| 12/01/04 | Case Associate | Provided administrative support. | 0.50 |
| 12/02/04 | Principal | Preparation for on-scene data preservation. This included staff assignments, strategy development for on-scene visits, questionnaire preparation unique to this project, and other tasks specific to this project. | 10.00 |
| 12/03/04 | Sr. Managing Consultant | Review and edit draft subpoena. | 1.25 |
| 12/04/04 | Principal | Reviewed proposed Investigative subpoena. | 0.50 |
| 12/05/04 | Expert | Review subpoena. | 2.10 |
| 12/05/04 | Principal | Reviewed proposed Investigatory subpoena. | 0.50 |
| 12/06/04 | Expert | Reviewed proposed subpoena. Participated in conference call with other LECG personnel to discuss proposed subpoena. | 1.00 |
| 12/06/04 | Expert | Document review. | 1.50 |
| 12/06/04 | Expert | Proposed changes to subpoena. | 1.20 |
| 12/06/04 | Principal | Meeting with David Painter (on telephonically), John Salomon, Dan Regard and Paul Anderson re: proposed subpoena. | 0.75 |
| 12/06/04 | Principal | Drafted proposed changes to subpoena with Paul Anderson for transmission to client. | 2.00 |
| 12/06/04 | Sr. Managing Consultant | Review and edit draft subpoena. | 4.50 |
| 12/09/04 | Expert | Document reviewed, Data request reviewed. | 1.65 |
| 12/10/04 | Expert | Correspondence. | 0.30 |
| 12/13/04 | Principal | Review investigative subpoena and comment | 0.75 |
| 12/14/04 | Expert | Project and data reviewed. | 2.25 |

# LECG

Sheppard, Mullin, Richter & Hampton LLP
Re: Seneca Nation of Indians
Services Rendered Through December 31, 2004

Invoice # 41542
senec-13787 JIS

### DETAIL OF SERVICES

| | | | HOURS |
|---|---|---|---|
| 12/17/04 | Expert | Consultation with counsel relating to discovery. | 0.50 |
| 12/17/04 | Expert | Telephone interview of Seneca IT representative Bill Haynes. Discussed general infrastructure and Financial support systems. Also, reviewed case materials. | 1.50 |
| 12/17/04 | Principal | Telephone conference with independent counsel and Salomon, Anderson, regarding status of case including document production. | 0.50 |
| 12/20/04 | Expert | Follow-up interview with Bill Haynes (Seneca). Resolved outstanding infrastructure and financial systems issues and discussed more detailed issues including desktop assets and e-mail systems. | 1.75 |
| 12/20/04 | Case Associate | Provided administrative support. | 0.25 |
| 12/21/04 | Case Associate | Organized case materials. | 0.20 |
| 12/23/04 | Expert | Review of case materials including sample financial reports from infinium system. Requested additional reports and e-mail data. | 2.25 |
| 12/23/04 | Sr. Managing Consultant | Review Seneca Gaming Corp and Seneca Niagara Falls Gaming Corp financial statements. | 1.00 |
| 12/23/04 | Case Associate | Provided administrative support. | 0.25 |
| 12/27/04 | Expert | Document review. | 0.90 |
| 12/28/04 | Expert | Review monthly and annual financial statements and footnotes. | 2.60 |
| 12/30/04 | Expert | Review of documentation. | 1.50 |
| 12/30/04 | Case Associate | Organized case materials. | 1.00 |

**Professional Services**

49.95

4