# ATTACHMENT 10



11th Floor East | 1300 I Street, NW | Washington, DC 20005-3314
202-218-0000 office | 202-218-0020 fax | www.sheppardmullin.com

January 25, 2005

Writer's Direct Line: 202-218-0014
mnagle@sheppardmullin.com

Our File Number: 07HJ-114692

The Honorable Maurice A. John
Treasurer
Seneca Nation of Indians
P.O. Box 231
Salamanca, NY 14779

Re: <u>LECG, LLC Billing</u>

Dear Mr. John:

The enclosed Invoice #41542 dated January 21, 2005 in the amount of $22,796.54, a balance forward of $7,907.90 (Invoice #40915), for a total due of $30,704.44, is submitted for services rendered by LECG, LLC on behalf of the Seneca Nation of Indians. Per their engagement on December 6, 2004, we are forwarding this invoice for your remittance directly to LECG, LLC.

Your prompt attention to this matter is greatly appreciated. We look forward to continuing our work with you and the Council through the New Year.

Sincerely,

Mark E. Nagle

SHEPPARD MULLIN RICHTER & HAMPTON LLP
INDEPENDENT COUNSEL FOR THE SENECA NATION OF INDIANS

W02-DC:9MENT\60024168.1
Enclosure

cc: Robert Porter [without enclosures]



RECEIVED JAN 31 2005 SNI TREASURERS OFFICE