# ATTACHMENT 11

**SENECA NATION OF INDIANS**
**GENERAL FUND #1**
3582 CENTER RD. PH. 716-945-1790
P.O. BOX 231
SALAMANCA, NY 14779-0231

1899

10-85/220
770

DATE 12-20-04

PAY TO THE ORDER OF: LECG    $ 10,000.00

Ten Thousand & 00/100 -------------------------------- DOLLARS

KeyBank National Association
Jamestown, New York 14701
1-800-KEY2YOU  Key.com

FOR: Retainer

⑈001899⑈ ⑆022000839⑆ 329681004852⑈    ⑆000100000⑆





```
Posted   : 03/08/2005
Bank     : 3290
R/T      : 021300077
Account  : 329681004969
Check    : 357013
Amount   : 7907.90
DIN      : 44570226
```



```
Posted   : 03/16/2005
Bank     : 3290
R/T      : 021300077
Account  : 329681004969
Check    : 358199
Amount   : 22796.54
DIN      : 45678816
```



```
Posted   : 04/11/2005
Bank     : 3290
R/T      : 021300077
Account  : 329681004969
Check    : 366835
Amount   : 229834.95
DIN      : 41783896
```