# ATTACHMENT 12



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW

11th Floor East | 1300 I Street, NW | Washington, DC 20005-3314
202-218-0000 office | 202-218-0020 fax | www.sheppardmullin.com

April 27, 2005

Writer's Direct Line: 202-218-0008
rhoward@sheppardmullin.com

Our File Number: 07HJ-114692

Mr. Martin Seneca
Chairman, Audit Committee
Seneca Gaming Corporation
c/o Executive Offices
310 Fourth Street
Niagara Falls, NY 14303

Dear Mr. Seneca:

    During our presentation to the Seneca Gaming Corporation's Audit Committee on April 7, 2005, we provided a number of documents summarizing the results of our investigation into the financing, construction and operation of the Seneca Nation's Class III gaming operations. Among those documents was a schedule prepared by LECG titled Applications for Payment vs Actual Payments, which appeared behind tab 11 in the notebook we provided to the Audit Committee. Last week we received a telephone call from Anthony Casdia, Vice President of Finance at the Seneca Niagara Casino, indicating that he was unable to reconcile the amounts contained in that schedule with the records available at SNFGC. We immediately notified LECG and asked them to look into the matter.

    LECG notified us on April 22, 2005, that indeed a clerical error had occurred in the preparation of that schedule which resulted in a $6.3 million overstatement of payments to Klewin Construction. LECG undertook a review of all other schedules and memoranda prepared by them and concluded that the error was an isolated occurrence. A copy of LECG's letter to me and a revised schedule is attached for your review. Daniel Seikaly of this firm has already conveyed this information directly to Mr. Casdia.

    After receiving LECG's response we undertook a review of the findings and conclusions we presented to the Tribal Council and the Audit Committee. During our presentations, we indicated that our review found that by paying in advance for work to be performed, SNFGC was, in essence, making an interest free loan to Klewin. That finding was based on the information contained in the schedule at issue and, as a result, was incorrect. No other findings or conclusions were based on, or affected by, the erroneous information.

SHEPPARD MULLIN RICHTER & HAMPTON LLP

Mr. Martin Seneca
April 27, 2005
Page 2

      We apologize for the error and for any confusion or misunderstanding it may have caused. Please feel free to contact me if you have any questions.

      Sincerely,

      Roscoe C. Howard, Jr.

      for SHEPPARD MULLIN RICHTER & HAMPTON LLP
      INDEPENDENT COUNSEL FOR THE SENECA NATION OF INDIANS

W02-DC:9RCH1\100026504.1
Enclosures