# ATTACHMENT 13

# LECG

April 26, 2005

Mr. Roscoe Howard
Sheppard Mullin Richter & Hampton LLP
1300 I Street, NW
11th Floor East
Washington, DC 20005

Dear Mr. Howard:

As you are now aware, there is an error in the schedule prepared by us titled Applications for Payment vs Actual Payments, which was provided to the SNFGC Audit Committee on April 7, 2005. During a conversation with Anthony Casdia, Vice President for Finance at Seneca Niagara Casino, it was brought to your attention, and then ours, that SNFGC could not reconcile the amounts on the schedule with their records. The schedule was intended to summarize and compare applications for payment from Klewin Construction and related payments from SNFGC from application #1 through application # 9 between September 30, 2002 and June 30, 2003. The column labeled "Pymts. Recv'd" was intended to summarize the corresponding bank and wire transfers made by SNFGC for each job application during the same time period. The error, occurred when a bank wire transfer from SNFGC to Klewin dated April 25, 2003, in the amount of $700,000 was inadvertently entered into a spreadsheet as $7,000,000 (an extra zero). As a result, the schedule reflected $65.54 million in payments applied to the applications through March 31, 2003, whereas the actual amount was $59.24 million.

As a result of this error, a $6.3 million overstatement of payments to Klewin was reflected on the spreadsheet. Since the spreadsheet accumulates payments, the $6.3 million error impacted the resultant under or over payment column for all applications from March 31, 2003 through June 30, 2003.

| Application Date | Paid v. Billed Per Original Schedule  (Over) Under | Paid v. Billed As Revised (Over) Under |
|---|---|---|
| 3/31/03 | ($4.65) | $1.82 |
| 4/30/03 | ($3.03) | $3.26 |
| 5/31/03 | ($3.35) | $2.95 |
| 6/30/03 | ($4.8) | $1.5 |

675 Third Avenue, 21st Floor, New York, NY 10017
main 212.468.7878  fax 212.468.7879  www.lecg.com

# LECG

This error caused the cumulative amount of overpayments to Klewin as of June 30, 2003 to change from an apparent overpayment in the amount of $4.8 million (original schedule) to an actual underpayment of $1.5 million (revised schedule). As a result, based on the information obtained and analysis performed to date, it does not appear that Klewin received payments in advance of billings.

As soon as the error was brought to our attention, we verified that it was an isolated occurrence and did not impact any other schedules or reporting done by LECG. This verification process, which was done by LECG personnel not associated with the investigation, involved double-checking all of the amounts inputted into this spreadsheet, and all other schedules and memoranda that we prepared. This verification went back to the original source documentation. In addition, we mathematically checked all schedules for accuracy to ensure there were no other mistakes. In a few instances, we identified some small rounding errors which do not change the substance of the analysis or the conclusions drawn. These are reflected in the revised schedule which is attached.

Thank you for your patience and understanding in this matter.

Very truly yours,

John L. Salomon
Managing Director

**PRIVILEGED AND CONFIDENTIAL - ATTORNEY WORK PRODUCT**
**DRAFT - SUBJECT TO REVISION BASED ON ADDITIONAL INFORMATION REVIEWED OR PROVIDED**

Seneca Casino

| (1) Appl. Date | (2) Appl. # | (3) Area | (4) Orig. Contract | (5) CO's | (6) Total | (7) Billed & Complete | (8) Retainage | (9) Net Billed to Date | (10) Bill Date | (11) Pymts. Rec'd Mo. | (11) Pymts. Rec'd Cum. | (12) Pay Dates | (13) Paid vs Billed (Over)/Under |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Applications for Payment vs Actual Payments (000,s) | | | | | | | |
| 9/30/02 | 1 | Basic | $ 57.8 | $ - | $ 57.8 | $ 2.60 | $ 0.13 | $ 2.47 | Oct. 2002 | $ 0.62 | $ 0.62 | Oct. 2002 | $ 1.85 |
| 10/30/02 | 2 | Basic | 57.8 | 4.50 | 62.30 | 11.76 | 0.70 | 11.06 | Nov. 2002 | 10.69 | 11.31 | Nov. 2002 | (0.25) |
| 11/30/02 | 3 | Basic | 57.8 | 8.52 | 66.32 | 29.16 | 1.95 | 27.21 | Dec. 2002 | 5.87 | 17.18 | Dec. 2002 | 10.03 |
| 12/31/02 | 4 | Basic | 57.8 | 8.86 | 66.66 | 49.78 | 3.53 | 46.25 | Jan 2003 | 11.35 | 28.53 | Jan 2003 | 34.90 |
| 1/31/03 | 5 | Basic | 57.8 | 9.00 | 66.80 | 55.13 | 3.21 | 51.92 | Feb 2003 | 18.31 | 46.84 | Feb 2003 | 6.34 |
| | | T&M | - | 0.30 | 0.30 | 0.30 | 0.03 | 0.27 | | | | | |
| | | Showroom | - | 1.86 | 1.86 | 1.09 | 0.10 | 0.99 | | | | | |
| | | Stairs/Esc | - | 0.57 | 0.57 | - | - | - | | | | | |
| | | Smoke Free | - | 4.91 | 4.91 | - | - | - | | | | | |
| | | Misc. | - | - | - | - | - | - | | | | | |
| | | | 57.8 | 16.6 | 74.4 | 56.5 | 3.3 | 53.2 | | | | | |
| 3/31/03 w/retainer draw | 6 | Basic | 57.8 | 9.00 | 66.80 | 59.33 | 0.02 | 59.31 | Apr. 2003 | 12.40 | 59.24 | Mar/ Apr-03 | 1.82 |
| | | T&M | - | 0.30 | 0.30 | 0.3 | - | 0.30 | | | | | |
| | | Showroom | - | 1.86 | 1.86 | 1.07 | 0.06 | 1.01 | | | | | |
| | | Stairs/Esc | - | 0.57 | 0.57 | 0.05 | - | 0.05 | | | | | |
| | | Retail | - | 0.67 | 0.67 | 0.18 | 0.01 | 0.17 | | | | | |
| | | Smoke Free | - | 4.91 | 4.91 | 0.22 | - | 0.22 | | | | | |
| | | Misc. | - | - | - | - | - | - | | | | | |
| | | | 57.8 | 17.3 | 75.1 | 61.2 | 0.1 | 61.1 | | | | | |
| 4/30/03 | 7 | Basic | 57.80 | 4.00 | 61.80 | 60.47 | 0.02 | 60.45 | May 2003 | 2.86 | 62.11 | May-03 | 3.26 |
| | | T&M | - | 0.30 | 0.30 | 0.30 | - | 0.30 | | | | | |
| | | Showroom | - | 1.86 | 1.86 | 1.10 | 0.06 | 1.04 | | | | | |
| | | Stairs/Esc | - | 0.57 | 0.57 | 0.07 | - | 0.07 | | | | | |
| | | Retail | - | 0.67 | 0.67 | 0.33 | 0.03 | 0.30 | | | | | |
| | | Smoke Free | - | 5.58 | 5.58 | 1.99 | 0.15 | 1.84 | | | | | |
| | | Misc. | - | 0.13 | 0.13 | 0.13 | 0.01 | 0.12 | | | | | |
| | | Lackey Plaza | - | 1.68 | 1.68 | 1.38 | 0.13 | 1.25 | | | | | |
| | | | 57.8 | 14.8 | 72.6 | 65.8 | 0.4 | 65.4 | | | | | |
| 5/31/03 | 8 | Basic | 57.80 | 3.80 | 61.60 | 60.36 | 0.02 | 60.34 | May 2003 | 1.89 | 64.00 | Jne 2003 | 2.95 |
| | | T&M | - | 0.30 | 0.30 | 0.30 | - | 0.30 | | | | | |
| | | Showroom | - | 1.86 | 1.86 | 1.14 | 0.04 | 1.10 | | | | | |
| | | Stairs/Esc | - | 0.57 | 0.57 | 0.08 | - | 0.08 | | | | | |
| | | Retail | - | 0.67 | 0.67 | 0.34 | 0.03 | 0.31 | | | | | |
| | | Smoke Free | - | 5.58 | 5.58 | 3.41 | 0.26 | 3.15 | | | | | |
| | | Misc. | - | 0.35 | 0.35 | 0.35 | 0.03 | 0.32 | | | | | |
| | | Lackey Plaza | - | 1.68 | 1.68 | 1.48 | 0.13 | 1.35 | | | | | |
| | | | 57.8 | 14.8 | 72.6 | 67.5 | 0.5 | 67.0 | Jne 2003 | | | | |
| 6/30/03 | 9 | Basic | 57.80 | 2.70 | 60.50 | 60.50 | - | 60.50 | | | | | |
| | | T&M | - | 0.30 | 0.30 | 0.30 | - | 0.30 | | | | | |
| | | Showroom | - | 1.86 | 1.86 | 1.14 | 0.04 | 1.10 | | | | | |
| | | Stairs/Esc | - | 0.57 | 0.57 | 0.32 | 0.03 | 0.29 | | | | | |
| | | Retail | - | 0.67 | 0.67 | 0.38 | 0.03 | 0.35 | | | | | |
| | | Smoke Free | - | 5.58 | 5.58 | 4.13 | 0.32 | 3.81 | | | | | |
| | | Misc. | - | 0.46 | 0.46 | 0.46 | 0.04 | 0.42 | | | | | |
| | | Lackey Plaza | - | 1.68 | 1.68 | 1.51 | 0.14 | 1.37 | | | | | |
| | | Bus Lobby | - | 0.39 | 0.39 | 0.39 | - | 0.39 | | | | | |
| | | | $ 57.8 | $ 14.2 | $ 72.0 | $ 69.1 | 0.6 | $ 68.5 | Jly 2003 | 3.1 | $ 67.1 | Jly 2003 | $ 1.5 |