# ATTACHMENT 17



# Seneca Nation of Indians
# DEPARTMENT of JUSTICE

P.O. Box 231, Seneca Nation • Salamanca, New York 14779
(716) 945-1790 • Fax (716) 945-6869 (not for service of papers)

January 17, 2006

VIA FAX & ELECTRONIC MAIL

Mr. Joseph C. Edmonds
JAMS
555 13th Street, NW Suite 700
Washington, D.C. 20004

Re:  *Response to Notice of Commencement of Arbitration*

Dear Mr. Edmonds:

I am in receipt of a Notice of Commencement of Arbitration from you dated January 5, 2006 in relation to a claim filed by LECG, LLC against the Seneca Nation of Indians for a certain sum allegedly owed, as well as a request dated January 12, 2006 to select an arbitrator.

Please be advised that the Nation does not consent, nor has it ever consented, to allow JAMS to conduct an arbitration proceeding affecting its interests. The Seneca Nation is a sovereign nation and therefore must expressly waive its sovereign immunity for any such proceeding to take place (*see* attached prior correspondence to JAMS). The Nation has never done so with respect to any arbitration proceeding involving JAMS or LECG.

Accordingly, the Nation will not be participating in this proceeding. It is requested that you cease and desist from taking any further action in this matter.

Very truly yours,

Robert Odawi Porter
Senior Policy Advisor and Counsel

attachment
cc:  Kimberly Taylor, Esq.
     John F. Cambria, Esq.
     Kimya Johnson, Esq.
     President/Treasurer