# ATTACHMENT 19

From:      Edmonds Joseph [JEdmonds@JAMSADR.com]
Sent:      Wednesday, January 18, 2006 9:17 AM
To:        Robert Porter Yahoo
Cc:        jcambria@alston.com; kspjohnson@alston.com
Subject:   LECG, LLC vs. The Seneca Nation of Indians - REF# 1420015562

Importance: High

Dear Mr. Porter: Thank you for your fax-letter of yesterday. I tried to phone you at the Seneca Nation DoJ, but was unable to reach you there. As you know from Ms. Taylor's letter (copy attached) of December 16, 2005, JAMS finds the above action properly commenced and within our jurisdiction, pursuant to parties' contract. The Arbitrator which resulted from the January 12, 2006 strike and rank deadline is currently reviewing conflicts information and will be appointed in the next few days. This arbitration will proceed to an ex-parte hearing, if the Nation chooses not to participate.

Please do not hesitate to contact me, should you have further questions.

Regards,

Joseph C. Edmonds
Case Manager - District of Columbia Notary Public
JAMS - The Resolution Experts
555 13th Street, NW #400W
Washington, DC 20004
Main: 202.942.9180 (ext. 524)
Facsimile: 202.942.9186

Need a commercial clause??
Visit: http://www.jamsadr.com/adrtips/clauses.asp