# ATTACHMENT 20

# ALSTON&BIRD LLP

90 Park Avenue
New York, New York 10016

212-210-9400
Fax: 212-210-9444
www.alston.com

Kimya S.P. Johnson        Direct Dial: 212-210-9504        E-mail: kimya.johnson@alston.com
049175/301218 L5469

January 10, 2006

*VIA FACSIMILE (716) 532-9132*
*and E-MAIL (snicounsel@yahoo.com)*

Robert O. Porter, Esq.
Senior Policy Advisor and Counsel
The Seneca Nation of Indians
12837 Route 438
Irving, New York 14081

    Re:    LECG, LLC v. The Seneca Nation of Indians: A JAMS Arbitration
             Ref. no. 1420015562

Dear Mr. Porter:

    We have not received your response to my letter to you, dated January 6, 2006 (see enclosed). As parties in the above-referenced matter, we believe there is an obligation to attempt to reach mutual agreement on an arbitrator. Either Hon. Diane M. Welsh or Hon. James R. Melinson is acceptable to our client. Please advise. We must advise JAMS of a consensual choice by Thursday, January 12, 2006.

    Thank you.

Very truly yours,

Kimya S.P. Johnson

KSPJ:kspj
Enclosure
cc:    John F. Cambria, Esq.

NYC01/7802218v1

| One Atlantic Center | Bank of America Plaza | 3201 Beechleaf Court, Suite 600 | 601 Pennsylvania Avenue, N.W. | Brienner Strasse 11/V |
|---|---|---|---|---|
| 1201 West Peachtree Street | 101 South Tryon Street, Suite 4000 | Raleigh, NC 27604-1062 | North Building, 10th Floor | 80333 Munich |
| Atlanta, GA 30309-3424 | Charlotte, NC 28280-4000 | 919-862-2200 | Washington, DC 20004-2601 | (49) (89) 238-0-70 |
| 404-881-7000 | 704-444-1000 | Fax: 919-862-2260 | 202-756-3300 | Fax: (49) (89) 238-0-7110 |
| Fax: 404-881-7777 | Fax: 704-444-1111 | | Fax: 202-756-3333 | (Representative Office) |