# ATTACHMENT 23

PEACEMAKER'S COURT
ALLEGANY TERRITORY
SENECA NATION OF INDIANS

| | |
|---|---|
| SENECA NATION OF INDIANS<br><br>*Plaintiff*<br><br>*Versus*<br><br>JUDICIAL ARBITRATION & MEDIATION SERVICES, INC. (JAMS) AND LECG, LLC.<br><br>*Defendants* | AMENDED<br>ORDER TO SHOW CAUSE<br>CA#0125-06-1 |

On this 13th day of February, 2006 the Order to Show Cause signed and dated January 25, 2006 is amended to strike the language as follows, "Pending a hearing on the request for a preliminary injunction, the Court hereby issues a temporary restraining order prohibiting defendants from commencing, prosecuting, administering, carrying on, holding and/or determining any arbitration proceeding brought by Defendant LECG, LLC against Plaintiff Seneca Nation of Indians." The balance of the order shall remain in full force and effect.

And it is further that this matter is hereby adjourned until further order of this court.

Done and dated this 14th day of February, 2006.

IT IS SO ORDERED.

Date: 2/14/06

HON. NORMA KENNEDY
Senior Peacemaker Judge
SENECA NATION OF INDIANS
Allegany Territory

Date: 2/14/06

HON. MARILYN C. GEORGE
Peacemaker Judge
SENECA NATION OF INDIANS
Allegany Territory

ENTERED AND FILED IN THE ALLEGANY TERRITORY
PEACEMAKER'S COURT
Suzanne M Case
SUZANNE M. CASE, COURT CLERK
Date: 2/14/06