# ATTACHMENT 24

# BRADY & SWENSON
### *Attorneys and Counselors at Law*

Thomas C. Brady*
*Admitted in NY and FL

41 Main Street
Salamanca, New York 14779
716-945-2000

*Fax - 716-945-3566*
*Fax Not For Service of Process*

Website: www.bradyandswenson.com

Matthew R. Swenson**
**Admitted in NY and PA

### *February 7, 2006*

John F. Cambria, Esq.
Alston & Bird
90 park Avenue
New York, NY 10016-1387

**By email to JCambria@alston.com**

Re:    SENECA NATION OF INDIANS v. JAMS and LECG, LLC

Dear Mr. Cambria,

This letter, once signed by you, will constitute a binding agreement between our clients regarding the pending action in the Peacemakers Court of the Seneca Nation and the pending arbitration before JAMS. Both your firm and mine have been authorized by our respective clients to enter into this agreement. Our agreement is as follows:

a. On or before February 9, 2006, you will notify JAMS in writing that the arbitration should be held in abeyance with no further action taken by the arbitrator until advised to the contrary by LECG;

b. On or before February 9, 2006, we will advise the Peacemakers Court of our agreement that the temporary restraining order set forth in the second paragraph of the Court's January 25, 2006 order be dissolved or rescinded and that argument of our motion for a preliminary injunction be adjourned generally until this office requests that it be rescheduled; and

c. Each of us will provide five days' written notice to the other before commencing or continuing any legal proceeding between the parties, including, *inter alia*, the Peacemakers Court action and the JAMS arbitration, and before contacting JAMS or the Peacemakers Court or any Federal District Court regarding the subject dispute.

d. We will continue to communicate regarding the possibility of resolving this matter by agreement.

Please sign this agreement and return a copy of it to the undersigned by facsimile on or before February 8, 2006.

Yours, etc.,

BRADY & SWENSON

Thomas C. Brady, Esq.

AGREED this 9th day
of February, 2006.

ALSTON & BIRD

John F. Cambria, Esq.