# ATTACHMENT 25

# ALSTON&BIRD LLP

90 Park Avenue
New York, New York 10016

212-210-9400
Fax: 212-210-9444
www.alston.com

John F. Cambria        Direct Dial: 212-210-9583        E-mail: john.cambria@alston.com
049175/301218 L5469

July 18, 2006

*VIA FACSIMILE (716) 945-3566*

Thomas C. Brady, Esq.
Brady & Swenson
41 Main Street
Salamanca, NY 14779

    Re:    *LECG, LLC v. The Seneca Nation of Indians*

Dear Mr. Brady:

    Pursuant to the terms of the letter agreement between our client, LECG, LLC ("LECG"), and The Seneca Nation of Indians ("The Nation"), dated February 9, 2006, please take notice that LECG will reinitiate its JAMS arbitration and/or commence other legal proceedings against The Nation.

                                Very truly yours,

                                John F. Cambria

JFC:kspj

LEGAL02/30018514v1

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
404-881-7000
Fax: 404-881-7777

Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
704-444-1000
Fax: 704-444-1111

3201 Beechleaf Court, Suite 600
Raleigh, NC 27604-1062
919-862-2200
Fax: 919-862-2260

The Atlantic Building
950 F Street, NW
Washington, DC 20004-1404
202-756-3300
Fax: 202-756-3333

Brienner Strasse 11/V
80333 Munich
(49) (89) 238-0-70
Fax: (49) (89) 238-0-7110
(Representative Office)