# ATTACHMENT 26

SENECA NATION OF INDIANS
ALLEGANY TERRITORY
PEACEMAKERS COURT

SENECA NATION OF INDIANS,

        Plaintiff

vs.

JUDICIAL ARBITRATION & MEDIATION
SERVICES, INC. (JAMS) and LECG, LLC.,

        Defendants

SECOND AMENDED
ORDER TO SHOW CAUSE

CA #0125-06-1

Upon the affidavit of Maurice A. John, sworn to January 25, 2006, which was annexed to the Order to Show Cause entered herein by this Court on January 25, 2006, and the affidavit of Thomas C. Brady, Esq., sworn to July 24, 2006, annexed hereto, the summons and complaint dated January 25, 2006, and upon all papers and proceedings had herein,

Let the defendants, Judicial Arbitration & Mediation Services, Inc. ("JAMS") and LECG, LLC, ("LECG") show cause at a Term of this Court to be held at the Seneca Nation Judicial Complex, Center Road, Allegany Territory, Salamanca, New York, on _August 21_, 2006 at _2:00 p.m._ AM/PM, or as soon thereafter as counsel can be heard, why a preliminary injunction should not be entered herein prohibiting defendants from commencing, prosecuting, administering, carrying on, holding and/or determining any arbitration proceeding brought by Defendant LECG, LLC against Plaintiff Seneca Nation of Indians during the pendency of this action.

Pending a hearing on the request for a preliminary injunction, the Court hereby issues a temporary restraining order prohibiting defendants from commencing, prosecuting, administering, carrying on, holding and/or determining any arbitration proceeding brought by Defendant LECG, LLC against Plaintiff Seneca Nation of Indians.

Sufficient reason appearing therefore, let service of a copy of this order, together with the papers upon which it was granted, upon defendants by certified mail addressed to Defendant JAMS to the attention of Joseph C. Edmonds, 555 13th Street, NW, Suite 700, Washington, D.C. 20004 and to Defendant LECG at 1725 Eye Street, NW, Washington, D.C. 20006, with a copy to LECG's attorney, John F. Cambria, Esq., Alston & Bird, LLP, 90 Park Avenue, New York, NY 10016, on or before July _28_, 2006 be deemed sufficient.

Order signed this _25_ day of July, 2006.

                                            _____
                                            Senior Peacemaker

                                            _____
                                            Peacemaker