# ATTACHMENT 27

# ALSTON&BIRD LLP

90 Park Avenue
New York, New York 10016

212-210-9400
Fax: 212-210-9444
www.alston.com

John F. Cambria                Direct Dial: 212-210-9583           E-mail: john.cambria@alston.com
                                                                   049175/301218 L5469

August 1, 2006

*VIA UPS OVERNIGHT DELIVERY*

Honorable Norma Kennedy
Honorable Margaret Abram
Peacemakers Court
Seneca Nation of Indians, Allegany Territory
Seneca Nation Judicial Complex
Center Road, Allegany Territory
Salamanca, New York 14779

    Re:    *LECG, LLC v. Seneca Nation of Indians*, JAMS Ref. No. 1420015562
             *LECG, LLC v. Seneca Nations of Indians*, 06-CV-01303 (D.C. Dist. Ct.)
             *Seneca Nation of Indians v. JAMS and LECG, LLC*, No. 0125-06-1

Dear Peacemakers Kennedy and Abram:

    This firm represents LECG, LLC ("LECG") in connection with the above-referenced proceedings, as to which we assume basic familiarity.

    On July 27, 2006, I received in my office a copy of your Honorable Court's Second Amended Order to Show Cause, dated July 24, 2006, including the affidavit of Thomas C. Brady, Esq. and accompanying exhibits, which were annexed thereto. It appears that, as per the enclosed copy of my letter of even date to Mr. Brady, the plaintiff Seneca Nation of Indians, has failed to comply with the penultimate decretal paragraph of said Second Amended Order. Both because of that and because, respectfully, LECG does not recognize the jurisdiction of the Peacemakers Court with respect to any aspect of the dispute between LECG and Seneca Nation of Indians, LECG has never appeared in this Court, and I have not been authorized to accept any such papers or orders on its behalf. We have been advised that JAMS also does not recognize Peacemakers Court jurisdiction with respect to its pending arbitration proceeding.

    Even though it appears that the Second Amended Order is null and void by virtue of Plaintiff's failure to comply with its terms, we wish, respectfully, to advise you that

One Atlantic Center    Bank of America Plaza    3201 Beechleaf Court, Suite 600    The Atlantic Building    Brienner Strasse 11/V
1201 West Peachtree Street    101 South Tryon Street, Suite 4000    Raleigh, NC 27604-1062    950 F Street, NW    80333 Munich
Atlanta, GA 30309-3424    Charlotte, NC 28280-4000    919-862-2200    Washington, DC 20004-1404    (49) (89) 238-0-70
404-881-7000    704-444-1000    Fax: 919-862-2260    202-756-3300    Fax: (49) (89) 238-0-7110
Fax: 404-881-7777    Fax: 704-444-1111        Fax: 202-756-3333    (Representative Office)

Honorable Norma Kennedy
August 1, 2006
Page 2

LECG will not be appearing before the Peacemakers Court on August 21, 2006, the date specified in the Second Amended Order to Show Cause, or on any further or adjourned date.

Based on the facts of this case, LECG does not believe that tribal court jurisdiction can be exercised over it or JAMS with respect to any aspect of its dispute with the Seneca Nation of Indians. Out of deference and respect to you and your Honorable Court, however, LECG has decided, at least at this point, not to take steps to further the arbitration proceeding before JAMS until a ruling has been obtained in the above-referenced declaratory judgment action LECG has filed in the United States District Court for the District of Columbia. We believe it is in everyone's interest to obtain a prompt ruling from the federal court on Seneca Nation's defense of sovereign immunity.

Again, the submission of this letter is not an appearance on LECG's behalf in the above-referenced Peacemakers Court matter. LECG has chosen to proceed as outlined above, in part, so as to not create the appearance of flouting an order of your Honorable Court. LECG reserves all the rights afforded to it under the parties' agreement and by United States state and/or federal law.

Respectfully submitted,

John F. Cambria

JFC:kspj
Enclosures
cc: Thomas C. Brady, Esq., *Counsel for Seneca Nation of Indians*
    Kimberly Taylor, Esq., *Counsel for JAMS*

LEGAL02/30032300v3