# ATTACHMENT 28

# ALSTON&BIRD LLP

90 Park Avenue
New York, New York 10016

212-210-9400
Fax: 212-210-9444
www.alston.com

John F. Cambria        Direct Dial: 212-210-9583        E-mail: john.cambria@alston.com

049175/301218 L5469

August 11, 2006

*VIA UPS OVERNIGHT DELIVERY*

Honorable Norma Kennedy
Honorable Margaret Abram
Peacemakers Court
Seneca Nation of Indians, Allegany Territory
Seneca Nation Judicial Complex
Center Road, Allegany Territory
Salamanca, New York 14779

       Re:    *LECG, LLC v. Seneca Nation of Indians*, JAMS Ref. No. 1420015562
               *LECG, LLC v. Seneca Nations of Indians*, 06-CV-01303 (D.C. Dist. Ct.)
               *Seneca Nation of Indians v. JAMS and LECG, LLC*, No. 0125-06-1

Dear Peacemakers Kennedy and Abram:

       Further to our letter dated August 1, 2006, I am advised that a Third Amended Order has been issued by Your Honorable Court and was, and in accordance with its provisions, served on our client, LECG, LLC by certified mail. However, the fact that another order has been issued, and that the plaintiff, Seneca Nation has complied with its terms for service, does not change LECG's position.

       Respectfully, LECG's position remains as set forth in my previous letter to this Honorable Court dated August 1, 2006.

       Thank you.

                                            Respectfully submitted,

                                            John F. Cambria

JFC:kspj
cc:    Thomas C. Brady, Esq., *Counsel for Seneca Nation of Indians*
        Riyaz A. Kanji, Esq., *Counsel for Seneca Nation of Indians*
        Kimberly Taylor, Esq., *Counsel for JAMS*

LEGAL02/30047442v1

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
404-881-7000
Fax: 404-881-7777

Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
704-444-1000
Fax: 704-444-1111

3201 Beechleaf Court, Suite 600
Raleigh, NC 27604-1062
919-862-2200
Fax: 919-862-2260

The Atlantic Building
950 F Street, NW
Washington, DC 20004-1404
202-756-3300
Fax: 202-756-3333

Brienner Strasse 11/V
80333 Munich
(49) (89) 238-0-70
Fax: (49) (89) 238-0-7110
(Representative Office)