# ATTACHMENT 29

At a term of the Peacemakers' Court held in and for the Allegany Territory of the Seneca Nation of Indians on the 21st day of August, 2006.

PRESENT: Hon. *Norma Kennedy*

Hon. *Marilyn George*

Hon. _____

SENECA NATION OF INDIANS
ALLEGANY TERRITORY
PEACEMAKERS COURT

SENECA NATION OF INDIANS,

Plaintiff

vs.

JUDICIAL ARBITRATION & MEDIATION
SERVICES, INC. (JAMS) and LECG, LLC.,

Defendants

ORDER

CA #0125-06-1

Plaintiff Seneca Nation of Indians ("the Nation") having brought this action against Defendants for judgment permanently enjoining and restraining Defendants from commencing, prosecuting, administering, carrying on, holding and/or determining any arbitration proceeding brought by Defendant LECG, LLC against the Nation and for an Order preliminarily enjoining Defendants from commencing, prosecuting, administering, carrying on, holding and/or determining any arbitration proceeding brought by Defendant against the Nation pending the final judgment herein; and the Nation's motion for a preliminary injunction having been returnable before this Court on August 21, 2006; and Defendant LECG, LLC, by its attorneys, having notified the Court by letters dated August 1, 2006 and August 11, 2006 that it disputes the jurisdiction of this Court over it and over the subject matter of the Nation's complaint but that "(O)ut of deference and respect to (this) Court", it will not "take steps to further the arbitration proceeding before JAMS until a ruling has been obtained in the ... declaratory judgment action LECG has filed in the United States District Court for the District of Columbia"; and the Nation having appeared on the return of such motion by its attorneys, Brady & Swenson, Thomas C. Brady, Esq., of counsel, and requested that such application be adjourned until the Court determines whether it has sufficient jurisdiction to hear and determine such application and the underlying action; and Defendants having failed to appear before the Court on the return date either personally or by counsel;

NOW, on the Court's own motion, it is

ORDERED, that on September 29, 2006, the parties shall simultaneously exchange briefs addressing all issues relating to the jurisdiction of this Court to hear and determine this action and the Nation's application for a preliminary injunction; and it is further

ORDERED, that the parties shall simultaneously exchange reply briefs addressing the arguments made in the principal briefs submitted by opposing parties on or before October 21, 2006; and it is further

ORDERED, that this Court shall thereafter issue a return date for oral argument of the jurisdictional issues and notify the parties thereof; and it is further

ORDERED, that the Nation's motion for a preliminary injunction is hereby adjourned generally and will not be rescheduled until the Court has addressed and determined the aforementioned jurisdictional issues; and it is further

ORDERED, that based on the representation of defendant LECG's counsel that no further steps will be taken in the JAMS arbitration proceeding until the U.S. District Court finally determines the declaratory judgment action filed by LECG, this Court will not further extend the temporary restraining order granted on January 25, 2006.

ORDER signed this 30th day of August, 2006.

_____
Senior Peacemaker

_____
Peacemaker

_____
Peacemaker

