# ATTACHMENT 30

# ALSTON&BIRD LLP

90 Park Avenue
New York, New York 10016

212-210-9400
Fax: 212-210-9444
www.alston.com

John F. Cambria                    Direct Dial: 212-210-9583                    E-mail: john.cambria@alston.com
049175/301218 L5469

RECEIVED SEP 26 2006 BRADY & SWENSON

September 25, 2006

*VIA UPS OVERNIGHT DELIVERY*

Honorable Norma Kennedy
Honorable Margaret Abram
Peacemakers Court
Seneca Nation of Indians, Allegany Territory
Seneca Nation Judicial Complex
Center Road, Allegany Territory
Salamanca, New York 14779

    Re:    *LECG, LLC v. Seneca Nation of Indians*, JAMS Ref. No. 1420015562
             *LECG, LLC v. Seneca Nations of Indians*, 06-CV-01303 (D.C. Dist. Ct.)
             *Seneca Nation of Indians v. JAMS and LECG, LLC*, No. 0125-06-1

Dear Peacemakers Kennedy and Abram:

       This firm represents LECG, LLC ("LECG") in connection with the above-referenced proceedings. I received in my office a copy of your Honorable Court's *sua sponte* Order, dated August 30, 2006 ("Order"). LECG has not appeared in the now-moot Peacemakers Court proceeding initiated by the Seneca Nation of Indians (the "Nation"), and respectfully, I have been instructed to adhere to LECG's previously-enunciated position. Furthermore, we believe it is in both parties' interests to seek adjudication of the core, sovereign immunity issue in the declaratory judgment action commenced by LECG in the United States District Court for the District of Columbia.

       Although the Nation previously filed a complaint in the Peacemakers Court, that complaint was limited and sought only to enjoin LECG from pursuing any arbitration proceedings. In light of LECG's position to hold all arbitration proceedings in abeyance until the federal court issues a ruling in the declaratory judgment action—as was specifically recognized in the Order—the Nation's Peacemakers Court complaint is now moot. Thus, there is no overlap between the federal court action and what was previously pending in the Peacemakers Court.

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
404-881-7000
Fax: 404-881-7777

Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
704-444-1000
Fax: 704-444-1111

3201 Beechleaf Court, Suite 600
Raleigh, NC 27604-1062
919-862-2200
Fax: 919-862-2260

The Atlantic Building
950 F Street, NW
Washington, DC 20004-1404
202-756-3300
Fax: 202-756-3333

Brienner Strasse 11/V
80333 Munich
(49) (89) 238-0-70
Fax: (49) (89) 238-0-7110
(Representative Office)

Honorable Norma Kennedy
September 25, 2006
Page 2


In its answer to LECG's federal court complaint, the Nation has submitted to the jurisdiction of the United States District Court for the District of Columbia concerning the issues raised in the pending declaratory judgment action. (*See* Seneca Nation of Indians' Answer, dated September 12, 2006, at ¶¶ 5-7 and A, and accompanying Exhibit A. A copy of the Nation's Answer and accompanying Exhibit are enclosed.) Both LECG and the Nation, therefore, agree that the fundamental issue of sovereign immunity can and will be adjudicated in federal court. Meanwhile, United States District Court Judge Royce C. Lamberth has already ordered the parties to confer, report and submit a proposed scheduling order by October 14, 2006.

For all the foregoing reasons, LECG respectfully declines this Honorable Court's invitation to submit briefs on September 29, 2006 and October 21, 2006. In addition, by copy of this letter to the Nation's counsel, we request that the Nation voluntarily agree to stay any further proceedings in the Peacemakers Court both because there is no claim for relief pending and because duplicative and over-lapping proceedings are in no party's interests.

The submission of this letter is not intended as an appearance on LECG's behalf in the Peacemakers Court action. LECG, instead, reserves all the rights afforded to it under the parties' agreement and by United States state and/or federal law.

Respectfully submitted,

John F. Cambria

JFC:kspj
Enclosures
cc:   Thomas C. Brady, Esq., *Counsel for Seneca Nation of Indians*
      Kimberly Taylor, Esq., *Counsel for JAMS*

LEGAL02/30088447v4