# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

LECG, LLC

        Plaintiff,

                                    Civil Case No. 1:06-cv001303 (RCL)

    v.

THE SENECA NATION OF INDIANS

        Defendant.

_____

## ORDER GRANTING DEFENDANT'S MOTION TO STAY

       This matter comes before the Court on Defendant Seneca Nation of Indians' Motion to Stay.  The Court has considered the papers submitted by the parties and hereby ORDERS the stay of all proceedings in this action until further order of the Court.  The parties shall notify the Court within ten (10) days after the trial and appellate processes of the courts of the Seneca Nation have been exhausted and those courts have either (1) determined that they lack jurisdiction over the Nation's dispute with LECG, LLC, or (2) adjudicated the merits of that dispute.

       SO ORDERED this ____ day of _____, 2006.

                                        _____

                                        Royce C. Lamberth
                                        United States District Judge