IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LECG, LLC ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 1:06CV01303 (RCL) |
| ) | |
| THE SENECA NATION OF INDIANS ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION TO EXTEND TIME TO FILE OPPOSITION
AND REPLY TO DEFENDANT'S MOTION TO STAY PROCEEDINGS**

Plaintiff LECG, LLC ("LECG"), with the consent of Defendant The Seneca Nation of Indians' ("Seneca"), hereby moves this Court for an extension of time for LECG to file its opposition, and for Seneca to file its reply, to Seneca's motion to stay proceedings, which was filed on October 3, 2006. Counsel for the parties have conferred in accordance with LCvR 7(m) and have agreed to extend the time for LECG to file its opposition through and including October 30, 2006, and for Seneca to file its reply through and including November 14, 2006.

**WHEREFORE**, LECG respectfully requests that this Court grant this agreed motion permitting LECG to file its opposition to Seneca's motion to stay proceedings through and including October 30, 2006, and permitting Seneca to file its reply through and including November 14, 2006.

A proposed form of order accompanies this motion.

- 2 -

Dated:  October 9, 2006

                          Respectfully submitted,
                          **LECG, LLC**

                          */s/ John F. Cambria*
                          John F. Cambria, Esq.
                          ALSTON & BIRD LLP
                          90 Park Avenue
                          New York, NY 10016
                          Tel.: (212) 210-9400
                          (Admitted *pro hac vice*)

                          */s/ Timothy A. Ngau*
                          Timothy A. Ngau (D.C. Bar No. 339333)
                          ALSTON & BIRD LLP
                          The Atlantic Building
                          950 F Street, N.W.
                          Washington, D.C. 20004
                          Tel.:  (202) 756-3300

                          Attorneys for Plaintiff, LECG, LLC