IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LECG, LLC<br><br>            Plaintiff,<br><br>v.<br><br>THE SENECA NATION OF INDIANS<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Case No. 1:06CV01303 (RCL)<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER

The motion of Plaintiff LECG, LLC ("LECG") for an extension of time to file the opposition and reply with respect to the motion of Defendant The Seneca Nation of Indians' ("Seneca") to stay proceedings is hereby GRANTED. LECG shall file its opposition to Seneca's motion to stay proceedings on or before October 30, 2006, and Seneca shall file its reply on or before November 14, 2006.

    IT IS SO ORDERED.

_____                              _____
Date                                                          United States District Court Judge