UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **LECG, LLC** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1303 (RCL) |
| | ) | |
| **THE SENECA NATION OF INDIANS,** | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE LCvR 16.3
CONFERENCE AND RELATED FILING REQUIREMENTS**

This matter comes before the Court on defendant Seneca Nation of Indians' Motion [10] to Continue LCvR 16.3 Conference and Related Filing Requirements. The Court has considered the papers submitted by the parties and hereby

ORDERS a continuance of the LCvR 16.3 Conference and related filing requirements set forth in this Court's Order [9], dated September 19, 2006, until further order of the Court.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, October 23, 2006.