UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LECG, LLC | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1303 (RCL) |
| THE SENECA NATION OF INDIANS, | ) |
| Defendant. | ) |

### ORDER

The unopposed motion of plaintiff LECG, LLC ("LECG") for an extension of time to file the opposition and reply with respect to defendant The Seneca Nation of Indians' ("Seneca") motion to stay proceedings is hereby GRANTED. LECG shall file its opposition to Seneca's motion to stay proceedings on or before October 30, 2006, and Seneca shall file its reply on or before November 14, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, October 23, 2006.