IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LECG, LLC </br>       Plaintiff, </br> v. </br> THE SENECA NATION OF INDIANS </br>       Defendant. | Civil Case No. 1:06CV01303 (RCL) |

## ORDER DENYING DEFENDANT'S MOTION TO STAY

Defendant The Seneca Nation of Indians ("Defendant") has moved this Court for a Motion to Stay this action commenced by Plaintiff LECG, LLC ("Plaintiff"). Upon consideration of the papers submitted by the parties and for good cause shown, it is hereby

ORDERED, that Defendant's Motion to Stay is denied.

The tribal court exhaustion doctrine does not apply since, given the facts in this case, tribal law is not implicated and neither internal tribal affairs nor the tribe's right of self-government has been effected. Therefore, it would be inappropriate to compel Plaintiff to exhaust tribal court remedies before proceeding with this action.

SO ORDERED this _____ day of _____, 2006.

 

_____
Royce C. Lamberth
United States District Judge

LEGAL02/30134995v1