IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LECG, LLCPlaintiff,v.THE SENECA NATION OF INDIANSDefendant. | )))))))Civil Case No. 1:06CV01303 (RCL)))ORAL HEARING REQUESTED))) |

**PLAINTIFF LECG, LLC'S MOTION
FOR JUDGMENT ON THE PLEADINGS**

Plaintiff LECG, LLC ("Plaintiff"), by and through its undersigned counsel, hereby moves this Court for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure. As set forth in the accompanying *Memorandum of Law in Opposition to Defendant's Motion to Stay and in Support of Plaintiff's Motion for Judgment on the Pleadings*, which is filed contemporaneously herewith and incorporated herein by reference, Plaintiff requests that this Court enter an order granting its motion and including declarations concerning Defendant The Seneca Nation of Indians ("Defendant") as set forth in the accompanying order.

Under the clear holding of *C & L Enterprises, Inc. v. Citizens Band of Potawatomi Indian Tribe of Oklahoma*, 532 U.S. 411 (2001) ("*Potawatomi*"), an Indian tribe waives sovereign immunity when it agrees to arbitration provisions like the one in the present case. As explained in Plaintiff's accompanying memorandum, the only issue for decision in this case is whether Defendant's Attorney, Sheppard Mullin Richter & Hampton, LLP, had apparent authority to execute an agreement on Defendant's behalf, which included an arbitration and judicial enforcement provision. If Defendant's agent had apparent authority, Defendant has

- 2 -

incontrovertibly waived its sovereign immunity under *Potawatomi* and must proceed to arbitration in accordance with the terms of its agreement with Plaintiff. As a result, Plaintiff's moves for judgment on the pleadings, and a declaratory judgment should be issued granting the relief sought in the Complaint herein.

Dated: October 30, 2006

                              Respectfully submitted,

                              */s/ Timothy A. Ngau*
                              John F. Cambria, Esq.
                              ALSTON & BIRD LLP
                              90 Park Avenue
                              New York, NY 10016
                              Tel.: (212) 210-9400
                              (Admitted *pro hac vice*)

                              Timothy A. Ngau, Esq. (D.C. Bar no. 339333)
                              ALSTON & BIRD LLP
                              The Atlantic Building
                              950 F Street, N.W.
                              Washington, D.C. 20004
                              Tel.: (202) 756-3300

                              Attorneys for Plaintiff LECG, LLC

LEGAL02/30099457v2