IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LECG, LLC<br><br>          Plaintiff,<br><br>v.<br><br>THE SENECA NATION OF INDIANS<br><br>          Defendant. | Civil Case No.  1:06CV01303 (RCL) |

**ORDER GRANTING PLAINTIFF'S MOTION
FOR JUDGMENT ON THE PLEADINGS**

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, Plaintiff LECG, LLC ("Plaintiff" or "LECG") has moved this Court for a judgment on the pleadings against Defendant The Seneca Nation of Indians ("Defendant" or "Seneca") for the claims set forth in Plaintiff's Amended Complaint for Declaratory Relief.  Upon consideration of Plaintiff's Amended Complaint, including the attached exhibits, Defendant's Answer, the parties' moving papers, and for good cause shown, it is hereby

ORDERED, that Plaintiff's Motion for Judgment on the Pleadings is granted. Further, the Court makes the following declarations:

DECLARED, that Defendant entered into a valid and enforceable agreement with Plaintiff, dated November 29, 2004 ("Agreement"), which contained a valid arbitration and judicial enforcement provision;

DECLARED, that Defendant thereby waived its sovereign immunity with respect to disputes that may arise from the Agreement with Plaintiff;

- 2 -

DECLARED, that, as specified in the Agreement, Defendant is subject to the arbitration forum and jurisdiction of the Judicial Arbitration & Mediation Service, Inc. (JAMS) in Washington, D.C.; and

DECLARED, that the arbitration proceeding commenced by Plaintiff should proceed and the Arbitrator appointed therein shall decide the merits of the parties' dispute.

SO ORDERED this ___ day of _____, 2006.

                                                  _____
                                                  Royce C. Lamberth
                                                  United States District Judge