IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

LECG, LLC

        Plaintiff,

    v.

THE SENECA NATION OF INDIANS

        Defendant.
_____

Civil Case No. 1:06-cv001303 (RCL)

**ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE
DATE FOR FILING OPPOSITION TO PLAINTIFF'S MOTION FOR
JUDGMENT ON THE PLEADINGS**

This matter comes before the Court on Defendant Seneca Nation of Indians' (the "Nation") Motion to Continue the Date for Filing its Opposition to Plaintiff LECG, LLC's ("LECG") Motion for Judgment on the Pleadings. The Court has considered the papers submitted by the parties and hereby ORDERS a continuance of the filing date for the Nation's opposition to LECG's Motion for Judgment on the Pleadings until further order of the Court.

SO ORDERED this ___ day of _____, 2006.

_____
Royce C. Lamberth
United States District Judge