IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LECG, LLC

        Plaintiff,

v.

        Civil Case No. 1:06-cv001303 (RCL)

THE SENECA NATION OF INDIANS

        Defendant.

**DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO NOTICE OF DECISION**

It is one thing for LECG, LLC ("LECG") to openly and repeatedly flout both the jurisdiction of the Seneca Nation of Indians Peacemakers Court and basic principles of federal Indian law. It is quite another for counsel to affirmatively misrepresent the substance of the Peacemakers Court's September 14, 2007 *Findings of Fact and Conclusions of Law*. In its Response to Defendant's Notice of Seneca Nation of Indians Peacemaker Court Decision (Doc. No. 24), LECG grossly distorts the Peacemakers Court's order by stating at page 2 that "[t]he Decision thus specifically reaches and decides the issue of Seneca's obligation to arbitrate its dispute with LECG under the agreement signed by its Independent Counsel and holds that Seneca has no obligation to do so because of sovereign immunity."

To the contrary, the only conclusions of law reached by the Peacemakers Court are the following: (1) a live controversy exists between the Seneca Nation of Indians and LECG regarding "the Nation's alleged waiver of sovereign immunity and obligation to

arbitrate," (2) the Peacemakers Court has subject matter jurisdiction over the controversy as a matter of federal and of Nation law, and (3) the Peacemakers Court has personal jurisdiction over LECG as a matter of federal law and of Nation law. *See Findings of Fact and Conclusions of Law*, Doc. No. 23-2 at 10-12. By ordering the parties to appear on November 19, 2007 for the purpose of "scheduling further proceedings, including discovery, if any, dispositive motions and the trial of this action[,]" the Peacemakers Court makes plain that it has not reached the merits of the Nation's Complaint regarding the waiver of sovereign immunity alleged by LECG (whether such waiver purportedly occurred through the Nation, through Independent Counsel, or in some other manner), and the Nation's obligation to arbitrate the underlying commercial dispute with LECG. *Id.* at 7, 12-13.

If LECG desires to shape the decisions of the Peacemakers Court, it must participate in the proceedings before it. LECG cannot unilaterally rewrite the Court's decisions in its effort to subvert the jurisdiction of that tribunal.

Respectfully submitted this 2nd day of October, 2007.

KANJI & KATZEN, PLLC

s/ Riyaz A. Kanji
Riyaz A. Kanji (D.C. Bar No. 455165)
Kanji & Katzen, PLLC
101 North Main Street
Suite 555
Ann Arbor, Michigan 48104
Ph: (734)-769-5400
Fax: (734)-769-2701
Email: rkanji@kanjikatzen.com