UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| **LECG, LLC** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
|     v. | ) | Civil Action No. 06-1303 (RCL) |
| | ) | |
| **THE SENECA NATION OF INDIANS** | ) | |
| | ) | |
|     **Defendant.** | ) | |

## ORDER

Now before the Court comes defendant's motion [12] to stay. Having fully considered, the motion, the plaintiff's opposition, the reply, the applicable law, and the entire record herein, the Court GRANTS defendant's motion. It is hereby

ORDERED that this matter shall remain stayed pending further order of the Court. It is further hereby

ORDERED that the parties shall notify the Court within 10 days after the exhaustion of proceedings that are currently pending in the courts of the Seneca Nation of Indians, at which time proceedings in this Court may resume.

Having concluded that a stay of the proceedings is appropriate, it is hereby

ORDERED that plaintiff's motion [18] for judgment on the pleadings is DENIED,

without prejudice to filing a new motion after the stay is lifted.  It is further hereby

ORDERED that defendant's motion [19] to continue the date for opposing plaintiff's motion for judgment on the pleadings is DENIED as moot.  It is further hereby

ORDERED that this case shall be terminated on the active dockets of this Court subject to reinstatement upon exhaustion of proceedings in the courts of the Seneca Nation of Indians.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on October 31, 2007.